# EXHIBIT 1

- All are Existing runs with provable track record
- Net does NOT include a management fee, but does incl 15 new truck payments.

# Expense Page Weekly

| | |
|---|---|
| Fuel　　　　(figures are for a team)<br>1050 miles/dayx5 days=5,250 mile<br>by 7 mpg =750 gns. x $5.1 per Gn<br>x 15 team trucks; | $57,375 @ (5.10 per gn. w/ FedEx fuel card) |
| Maintenance<br>(Per week, all trucks) @200 per truck<br>all still under warranty | $3,000 w/ full maint lease |
| Payroll<br>15 trucks x 2 drivers per truck<br>30 drivers x 525 miles/day each<br>driver x 5 days x .80 per mile = | $63,000 |
| Payroll Taxes<br>　　　　Payroll x 10.5 % | $6,615 |
| Workers Comp.<br>　　　　Payroll x 7% | $4,410 |
| Truck Insurance<br> 1 trucks @ 70 per truck (team<br>run) 15 trucks | $1,050 (self insured through FedEx) |
| Truck Payments (all 15 Trucks @<br>$4,000 each Month / 4.3 wks | $13,955 ( For Payments on all 15 trucks). |
| Payroll Service & Accounting | $130 |
| EDL Log 30 per/Mox15 units=$105<br>Registration;1800per/yr x15= $520<br>Road taxes; 550 per/yr x 15= $160<br>Ltyx camera; 9 per wk x 15 = $135 | $920 |
| Employee Bonuses | $200 |
| **TOTAL WEEKLY EXPENSES:** | $150.655 |