# EXHIBIT 2

**FedEx Line Haul**    <u>**Projected Data Gathering Worksheet**</u>                    **Date: 5/8/22**

| Seller Contact Information | |
|---|---|
| Name | ChaCha Logistics. Inc |
| Phone | |
| Email | AO  Oleksandr Maydansky |

| Terminal Location | |
|---|---|
| City | Allentown |
| State | PA |

| Financial Performance | Year to Date | 2021 | Annual |
|---|---|---|---|
| Gross Weekly Revenue | 13,000 x 5 team =$65,000 | $ 65,000 | $3,380,000 |
| Total Expense | | $50,920 | $2,647,840 |
| Cash Flow | | $14,080 | $732,160 |

Net =21.7% of gross

| General Information | | | |
|---|---|---|---|
| Number of Runs | 5 | | |
| Number of Dedicated | 5 | Team Run Y/N | 5 |
| Number of Non-Dedicated | 0 | Team Run Y/N | |
| Number of Extra Board | 0 | | |
| Route Area | | | |
| Typical Asking Price 3 years net | $2,200,000 | | |
| OUR  PRICE | $1,395,000 =1.9 x annual net | | |

- Net does not incl monthly bonus of approximately $4,500 for 5 routes; +(54,000 /yr)
- Net also does not include 4+ weeks of Peak season increase in revenue of 20%+, on the gross, much of which is net. = 60 -80k net
- Between The bonuses and peak the routes should net approx. an additional 100K+ year.
- Net incl. 5 full maint. truck payments all with less than 100k miles.