# EXHIBIT 3

**FedEx Line Haul  Projected Data Gathering Worksheet**                    **Date: 5/6/21**

| Seller Contact Information | |
| --- | --- |
| Name | Alex |
| Phone | |
| Email | |

| Terminal Location | |
| --- | --- |
| City | Allentown |
| State | PA |

| Financial Performance | Year to Date | 2022 | Annual |
| --- | --- | --- | --- |
| Gross Weekly Revenue | 15 teams @ 13,000 each | $ 195,000 | $10,140,000 |
| Total Expense | | $150,655 | $7,834,060 |
| Cash Flow | | $44,345 | $2,305,940 |

**= 22.7% after 15 truck payments**

| General Information | | | |
| --- | --- | --- | --- |
| Number of Runs | 15 Teams (Max runs allowed at each terminal for 1 corp) | | |
| Number of Assigned | 9 | Team Run Y/N | Y |
| Number of Unassigned | 6 | Team Run Y/N | Y |
| Number of Extra Board | 0 | | |
| Route Area | Woodbridge domicil | | |
| Typical Asking Price 3. x years net = | $ 6,900,000 | | |
| OUR PRICE    .@   1.9x net | $4,400,000 | | |

*Even with management fee net is still over 1.3  million per yr

- Plus, Monthly bonus is $900 x 15 runs = $150k plus per /yr
- Plus peak .50 cents per mile 6 wks = approx. $220k per yr

$35 → 45 trucks → total

extra trucks 3.625 → Line of credit → cuvefinor $4m
We have 100% finance

trucks from @ Canada
2weeks in
4-5
2then 40 days
4weeks to get optional & fully transferred to cash
flow

Cash & close     9million valuation
66.7%

3,625 = 25 trucks