# EXHIBIT 5

**FedEx Line Haul    <u>Projected Data Gathering Worksheet</u>        Date: 11/9/22**

| Seller Contact Information | |
| --- | --- |
| Name | P&L 35 Runs |
| Phone | |
| Email | |

| **Terminal Location** | |
| --- | --- |
| City | Allentown |
| State | PA |

| **Financial Performance** | Year to Date | | Annual | |
| --- | --- | --- | --- | --- |
| Gross Weekly Revenue | 13,000 x 35 team =$455,000 | x 52 weeks | $23,660,000 | |
| Total Expense | $350,943 | x 52 weeks | $18,249,096 | |
| Cash Flow | $107,552 | x 52 weeks | $5,410,904 | **Net =22.8% of gross** |

| General Information | | | |
| --- | --- | --- | --- |
| Number of Runs | 35 | | |
| Number of Dedicated | 35 | Team Run Y/N | 35 |
| Number of Non-Dedicated | 0 | Team Run Y/N | |
| Number of Extra Board | 0 | | |
| Route Area | | | |
| Typical Asking Price 3 years net | $16.2 million | | |
| OUR  PRICE | $7.4 million | | |

- Net does not incl monthly bonus of approximately $900 for each of 35 routes; +(378,000 /yr)

- Net also does not include 4+ weeks of Peak season increase in revenue of 20%+, on the gross, much of which is net.

- Net includes 3 Managers

# Expense Page Weekly (Projected)

| | |
|---|---|
| Fuel        (figures for a team) 1100 miles/dayx5 days=5,500 mile by 8 mpg =688 gns.x $5.1 per Gn; =$3,510 x35 teams = | $122,850 (w/fuel card) |
| Maintenance   35 new trucks @ $250 per truck, All still under warranty | $8,750 |
| Payroll (1 truck x 2 drivers per truck) x .85 per mile= 5,500 miles x 35 trucks = $4,675per truck x 35 trucks x3 managers @ $1,000/wk | $166,625   (35 teams) |
| Payroll Taxes          Payroll x 10.5 % | $17,495 |
| Workers Comp.          Payroll x 6% | $9,997 |
| Truck Insurance 35 trucks @ 70 per truck | $2,450 (self insured through FedEx) |
| Truck Payments @ $2,400 each/ Month / 4.3 wks = $558/ wk X 35 trucks | $19,530 |
| Payroll Service  EDL Logs@30eax35= 1050/wk, | $100 |
| RoadTaxes@550ea/yr x35; =$370/ wk Registration@$1800 ea/yr x35= $1,211   LTX camera@ $9/wk ea x 35 =$315 | $2,946 |
| Employee Bonuses/extras | $200 |
| **TOTAL WEEKLY EXPENSES:** | $350,943 |