**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRIDKOR, LLC, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 5:23-cv-03563 |
| v. | : |
| | : |
| IGOR GORBACH, *et al.*, | : |
| | : |
| Defendants. | : |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND**
**PRELIMINARY INJUNCTION**

Pursuant to Rules 64(a) and 65(a) and (b) of the Federal Rules of Civil Procedure, Plaintiffs

GridKor, LLC ("GridKor") and GridKor Trucking and Logistics LLC ("GTL"), by and through

their undersigned counsel, hereby move for a temporary restraining order and preliminary

injunction against Defendants in the above-referenced action.  Specifically, Plaintiffs request that

the Court temporarily restrain and preliminarily enjoin Defendants and their agents,

representatives, servants, employees, affiliates, successors, or assigns, and any person or entity

acting on their behalf or in concert or participation with them from transferring, assigning,

conveying, encumbering, pledging, or otherwise disposing of any interest in real, personal, or

intangible property outside the ordinary course of business or ordinary uses to pay household

expenses until $4,941,037.18 is placed in escrow with the Court.

Plaintiffs further request that the Court order Defendants to provide the Court and Plaintiffs

with a bi-monthly accounting of expenses paid in the ordinary course of business or ordinary use

to pay household expenses.

Pursuant to Rule 65(b)(1)(B), the undersigned counsel hereby certifies that on September

15, 2023, prior to the filing of this Motion, a copy of the Motion and all supporting materials were

provided to each of the Defendants, along with a copy of the Verified Complaint, either by personal service in Pittsburgh, Pennsylvania or by email.

In support of their Motion, Plaintiffs submit the Memorandum filed contemporaneously herewith.

Plaintiffs further respectfully request that the Court schedule a time on Monday, September 18, 2023, to take up this matter, notice of which Plaintiffs' counsel will email to Defendants (or their counsel, if known) as soon as Plaintiffs receive the information.

Dated:  September 15, 2023 

Respectfully submitted,

**MARINO FINLEY LLP**

/s/ Daniel Marino
Daniel Marino (PA38892)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice* forthcoming)
tfinley@marinofinley.com
818 Connecticut Avenue, N.W., Suite 801
Washington, DC  20006
(202) 223-8888

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on September 15, 2023, I served or caused to be served true and correct copies of the foregoing and all attachments thereto on the following Defendants in the fashion indicated below:

Igor Gorbach (in person and via email to igorgorbach1@gmail.com)

William Collins (in person and via email to bill@mrrouteinc.com)

Oleksandr Maydanskyy (in person and via email to oleksandrmaydansky@gmail.com)

Ucha Matcharashvili (via email to georgiantransportation@gmail.com)

Milos Mitic (via email to championmilos@gmail.com)

Pavlo Tupychak (via email to pavlo.tupychak@ptkdevelopment.com)

Jonathan Jacobs (via email to jjacobs@jsrir.com)


/s/ Daniel Marino