DocuSign Envelope ID: F05241FE-BEA4-4B6B-A291-52A1749FE2D7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

GRIDKOR, LLC, *et al.*,            :
                                     :
      Plaintiffs,              :
                                     :   Civil Action No. 5:23-cv-03563
v.                               :
                                     :
IGOR GORBACH, *et al.*,        :
                                     :
      Defendants.         :

## <u>DECLARATION OF MICHAEL BRYANT</u>

Pursuant to 28 U.S.C. § 1746, I, Michael Bryant, do hereby declare as follows:

1. I am over the age of 18 and I am the President of GridKor, LLC.

2. In a meeting on January 17, 2023, Mr. Gorbach and Mr. Maydanskyy stated that the money GridKor had paid them "is completely gone." They specifically stated that $950,000 of the funds were taken by Mr. Jacobs and that they had taken $800,000 for themselves. They did not give a full accounting of the rest of the funds, but generally stated they had used the money to buy trucks, repair trucks, and buy out investors or partners in other businesses.

3. In the months following our payments to Defendants, we observed and were told that Mr. Gorbach had bought a new Lexus automobile, and that Mr. Maydanskyy had bought or done improvements to a house and purchased at least two luxury vehicles (a BMW 7 series and a Range Rover).

4. In addition, Mr. Gorbach has stated during the course of conversations that he owns real estate in Philadelphia, but he has put it in someone else's name so as to protect the asset.

5. Mr. Gorbach has also made multiple statements about owning large amounts of land in Ukraine, though he has not been specific about the name(s) under which such assets are held.

DocuSign Envelope ID: F05241FE-BEA4-4B6B-A291-52A1749FE2D7

6.     When we questioned the lack of results and the minimal performance of the five companies we had purchased in December 2022, Mr. Gorbach, Mr. Maydanskyy and Mr. Collins stated that they needed to move trucks and runs between companies in order for our companies to perform as they had promised, explaining that they did this all the time.

7.     In the wake of FedEx's actions terminating that work, Mr. Gorbach, Mr. Maydanskyy and Mr. Collins have each admitted that they presently intend to buy another company, called "Top Notch," and they intend to transfer assets, including trucks, to that entity.

8.     On August 29, 2023, Mr. Gorbach indicated to us that he is making plans, possibly in conjunction with other investors, to take control of as many as twelve other trucking companies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge, information, and belief.

DATE:  September 14, 2023

DocuSigned by:

*Michael Bryant*
CD3A85F4F767403...

Michael Bryant

2