IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRIDKOR, LLC and GRIDKOR         :
TRUCKING AND LOGISTICS LLC,   :
                                   :
               Plaintiffs,      :      CIVIL ACTION NO. 23-3563
                                   :
     v.                          :
                                   :
IGOR GORBACH, WILLIAM COLLINS,  :
OLEKSANDR MAYDANSKYY, UCHA    :
MATCHARASHVILI, MILOS MITIC,     :
PAVLO TUPYCHAK, and JONATHAN   :
JACOBS,                          :
                                   :
             Defendants.     :

## ORDER

**AND NOW** this 18th day of September, 2023, after considering the complaint, motion for a temporary restraining order and a preliminary injunction against the defendants, and supporting memorandum of law filed by the plaintiffs, GridKor, LLC and GridKor Trucking and Logistics LLC (Doc. No. 5); and after an on-the-record telephonic proceeding on the motion held today during which counsel for the plaintiffs were present, but neither the defendants nor any counsel acting on their behalf were present; and the court finding that the plaintiffs' counsel demonstrated that they provided the defendants with sufficient notice of today's telephonic proceeding, in accordance with the court's September 15, 2023 Order (Doc. No. 7); and the defendants having failed to participate in today's proceeding despite receiving this notice from the plaintiffs' counsel; and

**THE COURT FINDING THAT**, for the reasons stated on the record today, that the plaintiffs have demonstrated (1) a prima facie case of success on the merits of the claims asserted in their complaint; (2) that they will suffer irreparable harm if immediate injunctive relief is not

granted; (3) that the defendants will not suffer greater harm if injunctive relief is granted; and (4) that entry of an injunction is in the public's interest; accordingly, it is hereby **ORDERED** as follows:

1.      The plaintiffs' motion for a temporary restraining order and preliminary injunction (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a.      The motion is **GRANTED** insofar as the plaintiffs seek a preliminary injunction; and

   b.      The motion is **DENIED** insofar as the plaintiffs seek a temporary restraining order;

2.      The defendants, Igor Gorbach, William Collins, Oleksandr Maydanskyy, Ucha Matcharashvili, Milos Mitic, Pavlo Tupychak and Jonathan Jacobs, along with their agents, representatives, servants, employees, affiliates, successors, or assigns, and any person or entity acting on their behalf or in concert or participation with them, are hereby **ENJOINED** from transferring, assigning, conveying, encumbering, pledging, or otherwise disposing of any interest in real, personal, or intangible property outside the ordinary course of business or ordinary uses to pay household expenses until $4,941,037.18 is placed in escrow with the court or adequate security in favor of the plaintiffs is otherwise posted by the defendants and proof thereof is provided to counsel for the plaintiffs and filed with the court;

3.      Within **thirty (30) days** of entry of this order, the plaintiffs shall deposit with the clerk of court $25,000.00 as bond; and

4.      The court will hold a telephone conference on **September 25, 2023**, at **2:30 p.m.**[1]

Counsel and any defendants not represented by counsel shall call 1-866-434-5269 and use access

code 3623011# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] In their proposed order granting injunctive relief, the plaintiffs included a requirement that the defendants provide "bi-monthly accounting of expenses paid in the ordinary course of business or ordinary use to pay household expenses" to the court and the plaintiffs. As this form of relief was not discussed during today's proceeding, the court will discuss amending the current order to include this requirement during the upcoming telephone conference.