**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GRIDKOR, LLC, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-3563** |
| | : | |
| **IGOR GORBACH, et al.** | : | |

## O R D E R

**AND NOW,** this 15th day of July, 2024, it is **ORDERED** that:

1. The Defendants' First Motion to Dismiss for Lack of Jurisdiction [ECF No. 30] is **DENIED.**
2. The Defendants' First Motion to Dismiss for Lack of Jurisdiction as modified [ECF No. 33] is **DENIED.**

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**