# EXHIBIT 1

# Tillman Finley

| | |
|---|---|
| **From:** | Tillman Finley |
| **Sent:** | Tuesday, September 19, 2023 2:06 PM |
| **To:** | georgiantransportation@gmail.com; Igor Gorbach; championmilos@gmail.com; Olesandr Maydanskyy; bill@mrrouteinc.com; jjacobs@jsrir.com; ucha111@yahoo.com; pavlo.tupychak@ptkdevelopment.com |
| **Cc:** | Dan Marino; Emily Smith |
| **Subject:** | FW: Activity in Case 5:23-cv-03563-EGS GridKor, LLC et al v. Gorbach et al Order on Motion for TRO |
| **Attachments:** | 2023-09-18 11 Preliminary Injunction Order.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Gentlemen,

Please see the below and attached, which is the Preliminary Injunction Order issued by the Court in this matter with which each of you are required to comply unless and until modified by the Court. The Order applies not only to each of you, but also to all of your "agents, representatives, servants, employees, affiliates, successors, or assigns, and any person or entity acting" on any of your behalf "or in concert or participation with" you.

Accordingly, you should immediately advise any such person or entity of this Order and provide them with a copy of it, including but not limited to your bankers, brokers, financial advisors, financial institutions through which you or any entity you control hold an account, accountants, bookkeepers, controllers, employees, real estate agents, trustees, and any other person or entity who has control or custody of, or involvement with, any of your respective assets.

Note that the Court has scheduled a second telephone conference for **September 25, 2023, at 2:30 p.m.** The call-in information is set forth below and in the Court's Order:

      Call:    1-866-434-5269
      Code:  3623011#

Again, if any of you have engaged an attorney to represent you, please have them contact us and provide their contact information.

**Tillman J. Finley | MARINO FINLEY LLP**
818 Connecticut Avenue, N.W. Suite 801
Washington, DC 20006
(202) 223-8888 (t)
(202) 281-9191 (c)
www.marinofinley.com | Bio

---

This email message and any attachments are being sent by Marino Finley LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message—and destroy all copies of this message and any attachments. Thank you.

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Tuesday, September 19, 2023 10:56 AM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 5:23-cv-03563-EGS GridKor, LLC et al v. Gorbach et al Order on Motion for TRO

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 09/18/2023 at 4:56:04 PM EDT and filed on 09/18/2023
**Case Name:**      GridKor, LLC et al v. Gorbach et al
**Case Number:**    5:23-cv-03563-EGS
**Filer:**
**Document Number:** 11

**Docket Text:**
**ORDER THAT THE PLAINTIFFS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DOC. NO. [5]) IS GRANTED IN PART AND DENIED IN PART AS FOLLOWS: A. THE MOTION IS GRANTED INSOFAR AS THE PLAINTIFFS SEEK A PRELIMINARY INJUNCTION; AND B. THE MOTION IS DENIED INSOFAR AS THE PLAINTIFFS SEEK A TEMPORARY RESTRAINING ORDER; WITHIN THIRTY (30) DAYS OF ENTRY OF THIS ORDER, THE PLAINTIFFS SHALL DEPOSIT WITH THE CLERK OF COURT $25,000.00 AS BOND; AND THE COURT WILL HOLD A TELEPHONE CONFERENCE ON SEPTEMBER 25, 2023, AT 2:30 P.M.1 COUNSEL AND ANY DEFENDANTS NOT REPRESENTED BY COUNSEL SHALL CALL 1-866-434-5269 AND USE ACCESS CODE 3623011# TO ENTER THE CONFERENCE CALL; ETC. AS HEREIN. SIGNED BY HONORABLE EDWARD G. SMITH ON 9/18/23.9/18/23 ENTERED AND COPIES NOT MAILED TO UNREPS AND E-MAILED.(mas) (Main Document 11 replaced on 9/19/2023) (mas).**

**5:23-cv-03563-EGS Notice has been electronically mailed to:**

DANIEL MARINO      dmarino@marinofinley.com, ejosic@marinofinley.com, tfinley@marinofinley.com

**5:23-cv-03563-EGS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

2

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/19/2023] [FileNumber=19178005-
0] [634d18bd0786dd9fdb4322cb3749769f89646c9fccaee92861538cf64906cd60ea
899fe2e008da1624015fd4238bfc2ff1f51acdec38c4f349a9989929d2b976]]

*This is a re-generated NEF. Created on 9/19/2023 at 10:55 AM EDT*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRIDKOR, LLC and GRIDKOR TRUCKING AND LOGISTICS LLC, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 23-3563 |
| | : | |
| v. | : | |
| | : | |
| IGOR GORBACH, WILLIAM COLLINS, OLEKSANDR MAYDANSKYY, UCHA MATCHARASHVILI, MILOS MITIC, PAVLO TUPYCHAK, and JONATHAN JACOBS, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this 18th day of September, 2023, after considering the complaint, motion for

a temporary restraining order and a preliminary injunction against the defendants, and supporting

memorandum of law filed by the plaintiffs, GridKor, LLC and GridKor Trucking and Logistics

LLC (Doc. No. 5); and after an on-the-record telephonic proceeding on the motion held today

during which counsel for the plaintiffs were present, but neither the defendants nor any counsel

acting on their behalf were present; and the court finding that the plaintiffs' counsel demonstrated

that they provided the defendants with sufficient notice of today's telephonic proceeding, in

accordance with the court's September 15, 2023 Order (Doc. No. 7); and the defendants having

failed to participate in today's proceeding despite receiving this notice from the plaintiffs' counsel;

and

**THE COURT FINDING THAT**, for the reasons stated on the record today, that the

plaintiffs have demonstrated (1) a prima facie case of success on the merits of the claims asserted

in their complaint; (2) that they will suffer irreparable harm if immediate injunctive relief is not

granted; (3) that the defendants will not suffer greater harm if injunctive relief is granted; and (4) that entry of an injunction is in the public's interest; accordingly, it is hereby **ORDERED** as follows:

1.      The plaintiffs' motion for a temporary restraining order and preliminary injunction (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a.      The motion is **GRANTED** insofar as the plaintiffs seek a preliminary injunction; and

b.      The motion is **DENIED** insofar as the plaintiffs seek a temporary restraining order;

2.      The defendants, Igor Gorbach, William Collins, Oleksandr Maydanskyy, Ucha Matcharashvili, Milos Mitic, Pavlo Tupychak and Jonathan Jacobs, along with their agents, representatives, servants, employees, affiliates, successors, or assigns, and any person or entity acting on their behalf or in concert or participation with them, are hereby **ENJOINED** from transferring, assigning, conveying, encumbering, pledging, or otherwise disposing of any interest in real, personal, or intangible property outside the ordinary course of business or ordinary uses to pay household expenses until $4,941,037.18 is placed in escrow with the court or adequate security in favor of the plaintiffs is otherwise posted by the defendants and proof thereof is provided to counsel for the plaintiffs and filed with the court;

3.      Within **thirty (30) days** of entry of this order, the plaintiffs shall deposit with the clerk of court $25,000.00 as bond; and

4. The court will hold a telephone conference on **September 25, 2023**, at **2:30 p.m.**[1] Counsel and any defendants not represented by counsel shall call 1-866-434-5269 and use access code 3623011# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] In their proposed order granting injunctive relief, the plaintiffs included a requirement that the defendants provide "bi-monthly accounting of expenses paid in the ordinary course of business or ordinary use to pay household expenses" to the court and the plaintiffs. As this form of relief was not discussed during today's proceeding, the court will discuss amending the current order to include this requirement during the upcoming telephone conference.