# EXHIBIT 3



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

MR ROUTE INC
1847 NEWBRIDGE RD
NORTH BELLMORE NY 11710-2218

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Bellmore |
| 📱 | Branch Number | 800-321-DIME (3463) |
| ✉ | Mailing Address | 898 Veterans Memorial Hwy, Suite 560 Hauppauge, NY 11788 |
| 💻 | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | -$52,596.05 |

# Business Advantage Checking-XXXXXX7720

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | **Beginning Balance** | **$13,738.19** |
| | 4 Credit(s) This Period | $613,360.00 |
| | 100 Debit(s) This Period | $679,694.24 |
| **09/29/2023** | **Ending Balance** | **-$52,596.05** |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 09/25/2023 | DEPOSIT | $300,000.00 |
| 09/26/2023 | DEPOSIT | $13,360.00 |
| 09/28/2023 | DEPOSIT | $200,000.00 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | Wire Transfer 68836409 DOMENICK DESIMONE | $100,000.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | BANK OF AMERICA Payment 1k57uxivq | $750.00 |
| 09/18/2023 | Mission Lane Vis Mission La ST-V8P1D0F6V1T8 | $200.00 |
| 09/22/2023 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |
| 09/28/2023 | THE HARTFORD NWTBCLSCIC 12617536 | $91.72 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | XX4095 POS PURCHASE BVD* BEENVERIFIED NEW YORK NY 73719060 877273 | $24.83 |
| 09/01/2023 | XX5072 POS PURCHASE SHEETZ 0698 00 KUTZTOWN PA 08290700 709759 | $70.25 |
| 09/01/2023 | XX5072 POS PURCHASE SUNOCO 800036740 FORT LEE NJ 00546739 029544 | $85.53 |
| 09/01/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 Mountain View CA 64930886 0901111 | $500.00 |
| 09/05/2023 | Wire Transfer Fee 68836409 | $15.00 |
| 09/05/2023 | Wire Transfer Fee 557155 | $30.00 |
| 09/05/2023 | XX5072 POS PURCHASE LS ALLPRO BAIT & LINDENHURST NY 13647234 205441 | $5.43 |
| 09/05/2023 | XX5072 POS PURCHASE 7-ELEVEN FARMINGDALE NY 00MTUT01 008507 | $15.86 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR
### ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

 If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT
### PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A
#### Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | XX4095 POS PURCHASE TRTHFDR* TRUTHFIN SAN DIEGO CA 03098059 773499 | $30.47 |
| 09/05/2023 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00420577 818075 | $54.95 |
| 09/05/2023 | XX4095 POS PURCHASE BIZBUYSELL 888-777-9893 CA 57753230 789066 | $215.95 |
| 09/05/2023 | XX5072 POS PURCHASE SURF SHACK MASSAPEQUA NY 14369505 515130 | $311.67 |
| 09/05/2023 | XX5072 POS PURCHASE SURFSIDE 3 MARIN LINDENHURST NY 01213627 324550000 | $375.27 |
| 09/05/2023 | XX4095 POS PURCHASE BOWEN MEDIA, INC MINEOLA NY 29099322 582589 | $575.00 |
| 09/05/2023 | CHECKING WITHDRAWAL | $2,760.00 |
| 09/05/2023 | Wire Transfer 557155 MICHAEL TROY FARRELL | $30,000.00 |
| 09/06/2023 | Wire Transfer Fee 557362 | $30.00 |
| 09/06/2023 | Wire Transfer Fee 557364 | $30.00 |
| 09/06/2023 | Wire Transfer Fee 557366 | $30.00 |
| 09/06/2023 | Wire Transfer Fee 557369 | $30.00 |
| 09/06/2023 | XX5072 POS PURCHASE NETFLIX.COM NETFLIX.COM CA 30576212 066083 | $10.85 |
| 09/06/2023 | XX5072 POS PURCHASE ERAC TOLL 562338 * 8778601258 FL 53174191 211149 | $18.18 |
| 09/06/2023 | Wire Transfer 557366 GORBACH TRUCKING, INC | $5,000.00 |
| 09/06/2023 | Wire Transfer 557369 O N TRANSPORT SERVICES, INC | $5,000.00 |
| 09/06/2023 | Wire Transfer 557364 PTK DEVELOPMENT, INC | $5,400.00 |
| 09/06/2023 | Wire Transfer 557362 HURRICANE LOGISTICS, INC | $20,000.00 |
| 09/07/2023 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 881157 | $74.00 |
| 09/08/2023 | Wire Transfer Fee 557938 | $30.00 |
| 09/08/2023 | XX4095 POS PURCHASE ADOBE * ACROPRO 4085366000 CA 02733554 467299 | $21.71 |
| 09/08/2023 | XX5072 POS PURCHASE UNCELE.COM 855-662-5410 TX 28753023 800567 | $49.95 |
| 09/08/2023 | Wire Transfer 557938 MICHAEL TROY FARRELL | $30,000.00 |
| 09/11/2023 | XX5072 POS PURCHASE 7-ELEVEN NORTH BELLMOR NY 00M74Q01 617699 | $3.10 |
| 09/11/2023 | XX5072 POS PURCHASE SQ * JARED LAUNDR FARMINGDALE NY 16893030 913531 | $20.00 |
| 09/11/2023 | XX5072 POS PURCHASE 7-ELEVEN AMITYVILLE NY 00MSAI01 444961 | $27.41 |
| 09/11/2023 | XX5072 POS PURCHASE HARBOR FREIGHT T MASSAPEQUA NY 04881426 062360 | $43.44 |
| 09/11/2023 | XX5072 POS PURCHASE LIDL #8024 501 N FARMINGDALE NY 0003 903431 | $56.14 |
| 09/11/2023 | XX5072 POS PURCHASE APM FOOD MART CO MASSAPEQUA NY 002UHJ85 686114 | $86.68 |
| 09/11/2023 | XX5072 POS PURCHASE 8003905253ANYWHE TEL8003905253 CA 34374674 251987 | $129.98 |
| 09/11/2023 | XX4095 POS PURCHASE E-Z* PASSNY REBIL 800-333-8655 NY 77362185 605782 | $130.00 |
| 09/11/2023 | XX5072 POS PURCHASE MARINE MATE INC LINDENHURST NY 00008856 3252900025 | $280.22 |
| 09/11/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 Mountain View CA 64930886 0910124 | $500.00 |
| 09/11/2023 | CHECKING WITHDRAWAL | $2,500.00 |
| 09/12/2023 | XX5072 POS PURCHASE BUFFALO WILD WNG FARMINGDALE NY 70897352 390935 | $29.27 |
| 09/13/2023 | XX4095 POS PURCHASE CHATAI.COM SAN JUAN PR 00034534 132097 | $7.00 |
| 09/13/2023 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 497364 | $73.56 |
| 09/13/2023 | XX5072 POS PURCHASE TAP BEER BROOKLYN NY 18400178 513153 | $97.38 |
| 09/13/2023 | XX5072 POS PURCHASE 8003905253ANYWHE TEL8003905253 CA 34378234 556415 | $119.98 |
| 09/13/2023 | CHECKING WITHDRAWAL | $1,000.00 |
| 09/14/2023 | XX5072 POS PURCHASE IN DACS BUSINES UNIONDALE NY 001 325713917635 | $2,500.00 |
| 09/15/2023 | XX5072 POS PURCHASE THE LEMON TREE ( N BELLMORE NY 12200095 669761 | $36.05 |
| 09/18/2023 | XX5072 POS PURCHASE THE CLEAN MACHIN NORTH BELLMOR NY 00270798 800559 | $2.16 |
| 09/18/2023 | XX5072 POS PURCHASE THE CLEAN MACHIN NORTH BELLMOR NY 00270798 471874 | $123.81 |
| 09/18/2023 | XX5072 POS PURCHASE Casa Amigos Coraopolis PA 00452562 575792 | $427.11 |
| 09/19/2023 | CHK# 00 AMT $200.00, NSF Paid Fee | $35.00 |
| 09/20/2023 | DEFICIT BALANCE FEE | $0.10 |
| 09/21/2023 | DEFICIT BALANCE FEE | $0.10 |
| 09/22/2023 | DEFICIT BALANCE FEE | $0.57 |
| 09/25/2023 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 59709817 958250 | $23.05 |
| 09/25/2023 | XX5072 POS PURCHASE GOOGLE * Zoosk 650-253-0000 CA 78594844 376761 | $70.60 |
| 09/25/2023 | CHK# 00 AMT $1,085.76, NSF Paid Fee | $35.00 |
| 09/27/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 Mountain View CA 64930886 0927104 | $500.00 |
| 09/28/2023 | Wire Transfer Fee 562540 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562548 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562554 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562556 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562558 | $30.00 |

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 09/28/2023 | Wire Transfer Fee 562560 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562561 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562563 | $30.00 |
| 09/28/2023 | Wire Transfer Fee 562567 | $30.00 |
| 09/28/2023 | XX5072 POS PURCHASE Luigi Melisi Irr Malverne NY 36770349 464472 | $65.18 |
| 09/28/2023 | XX5072 POS PURCHASE SHEETZ 0698 KUTZTOWN PA 63580301 151494 | $76.60 |
| 09/28/2023 | XX4095 POS PURCHASE BAM* EASY ON NET VICTORIA BC 06001487 242266 | $134.76 |
| 09/28/2023 | CHECKING WITHDRAWAL | $500.00 |
| 09/28/2023 | Wire Transfer 562554 VICTORIA LOGISTICS, INC | $5,000.00 |
| 09/28/2023 | Wire Transfer 562561 PTK DEVELOPEMENT, INC | $5,400.00 |
| 09/28/2023 | Wire Transfer 562548 LAW OFFICE OF ANDREW RALSTOW JR | $7,500.00 |
| 09/28/2023 | Wire Transfer 562558 HURRICANE LOGISTICS, INC | $20,000.00 |
| 09/28/2023 | Wire Transfer 562560 AMERICAN STAR REALTY | $32,145.27 |
| 09/28/2023 | Wire Transfer 562563 ON TRANSPORT | $33,000.00 |
| 09/28/2023 | Wire Transfer 562567 GORBACH TRUCKING | $33,333.00 |
| 09/28/2023 | Wire Transfer 562540 LAW OFFICE OF RICHARD DIVOLIO | $50,000.00 |
| 09/28/2023 | Wire Transfer 562556 GEORGIAN TRANSPORTATION | $66,000.00 |
| 09/29/2023 | XX4095 POS PURCHASE DNH* GODADDY.COM TEMPE AZ 10026247 164752 | $11.99 |
| 09/29/2023 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 15042553 852682 | $27.15 |
| 09/29/2023 | XX5072 POS PURCHASE 7-ELEVEN HEMPSTE HEMPSTEAD NY 47254001 494438 | $30.00 |
| 09/29/2023 | XX4095 POS PURCHASE OPTIMUM 7858 631-393-0636 NY 15193746 059733 | $600.20 |
| 09/29/2023 | Charge Back Item Check 89 | $8,000.00 |
| 09/29/2023 | Charge Back Item Check 2149 | $300,000.00 |
| 09/29/2023 | Return Deposited Item Fee | $10.00 |
| 09/29/2023 | Return Deposited Item Fee | $10.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 4 | 09/13/2023 | $500.00 | 2677 | 09/15/2023 | $850.00 |
| 2665* | 09/05/2023 | $850.00 | 2678 | 09/29/2023 | $1,800.00 |
| 2676* | 09/13/2023 | $1,800.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | $13,057.58 | 09/13/2023 | $3,939.13 | 09/22/2023 | -$1,321.53 |
| 09/05/2023 | $77,067.98 | 09/14/2023 | $1,439.13 | 09/25/2023 | $298,549.82 |
| 09/06/2023 | $41,518.95 | 09/15/2023 | $553.08 | 09/26/2023 | $311,909.82 |
| 09/07/2023 | $41,444.95 | 09/18/2023 | -$200.00 | 09/27/2023 | $311,409.82 |
| 09/08/2023 | $11,343.29 | 09/19/2023 | -$235.00 | 09/28/2023 | $257,893.29 |
| 09/11/2023 | $7,566.32 | 09/20/2023 | -$235.10 | 09/29/2023 | -$52,596.05 |
| 09/12/2023 | $7,537.05 | 09/21/2023 | -$235.20 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $70.77 | $70.77 |
| **Total Returned Item Fees** | $0.00 | $0.00 |