# EXHIBIT 4



**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

MR ROUTE INC
1847 NEWBRIDGE RD
NORTH BELLMORE NY 11710-2218

### *Managing Your Accounts*

| | Branch Name | Bellmore |
|---|---|---|
| | Branch Number | 800-321-DIME (3463) |
| | Mailing Address | 898 Veterans Memorial Hwy, Suite 560 Hauppauge, NY 11788 |
| | Website | www.dime.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | $43,959.45 |

## Business Advantage Checking-XXXXXX7720

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/30/2023 | Beginning Balance | -$52,596.05 |
| | 10 Credit(s) This Period | $221,802.65 |
| | 118 Debit(s) This Period | $125,247.15 |
| 10/31/2023 | Ending Balance | $43,959.45 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/04/2023 | DEPOSIT | $8,000.00 |
| 10/23/2023 | DEPOSIT | $5,800.00 |
| 10/27/2023 | DEPOSIT | $6,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | RETURNED CHECK# 2678, INSUFFICIENT FUNDS | $1,800.00 |
| 10/02/2023 | Wire Transfer 69546987 TRUCKING LOGICS, LLC | $49,999.00 |
| 10/02/2023 | Wire Transfer 69546982 TRUCKING LOGICS, LLC | $50,000.00 |
| 10/03/2023 | RETURNED ITEM, UNCOLLECTED FUNDS, Mission Lane Vis Mission La ST-Z2E2V3Y4R3V | $200.00 |
| 10/03/2023 | Wire Transfer 69586615 TRUCKING LOGICS, LLC | $50,000.00 |
| 10/04/2023 | Wire Transfer 69630063 TRUCKING LOGICS, LLC | $50,000.00 |
| 10/24/2023 | XX5072 PURCHASE RETURN RBT HAWTHORN SUI EasySavings NY 01061187 387498 | $3.65 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | Mission Lane Vis Mission La ST-Z2E2V3Y4R3V4 | $200.00 |
| 10/05/2023 | Synchrony Bank CC PYMT 650172444828446 | $250.00 |
| 10/06/2023 | BANK OF AMERICA Payment 1da4zo6wr | $1,000.00 |
| 10/10/2023 | Mission Lane Vis Mission La ST-P1J2C4R9K7S0 | $500.00 |
| 10/13/2023 | IRS USATAXPYMT 270368643090909 | $1,205.80 |
| 10/17/2023 | IRS USATAXPYMT 270369015608717 | $942.00 |
| 10/24/2023 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |
| 10/30/2023 | THE HARTFORD NWTBCLSCIC 12617536 | $91.72 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/02/2023 | Wire Transfer Fee 69546982 | $15.00 |
| 10/02/2023 | Wire Transfer Fee 69546987 | $15.00 |
| 10/03/2023 | Wire Transfer Fee 69586615 | $15.00 |
| 10/04/2023 | Wire Transfer Fee 69630063 | $15.00 |
| 10/05/2023 | ATM SURCHARGE FEE XX4095 CHECKING PYMNT PSEGLongIsland Uniondale NY I100618 327 | $9.95 |
| 10/05/2023 | XX5072 CHECKING PYMNT NETFLIX COM LOS GATOS CA 001 327809747589 | $10.85 |
| 10/05/2023 | XX4095 CHECKING PYMNT PSEGLongIsland Uniondale NY I100618 327844574557 | $594.43 |
| 10/05/2023 | CHECKING WITHDRAWAL | $3,500.00 |
| 10/06/2023 | XX5072 POS PURCHASE Speedway 2426 J North Bellmor NY 90770401 164856 | $52.87 |
| 10/06/2023 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00305603 571606 | $54.95 |
| 10/06/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 Mountain View CA 78590892 681612 | $500.00 |
| 10/06/2023 | XX5072 POS PURCHASE IN DACS BUSINES UNIONDALE NY 001 327910945537 | $2,300.00 |
| 10/06/2023 | CHECKING WITHDRAWAL | $7,500.00 |
| 10/10/2023 | Wire Transfer Fee 564992 | $30.00 |
| 10/10/2023 | XX4095 POS PURCHASE ADOBE * ACROPRO 4085366000 CA 76692564 676052 | $21.71 |
| 10/10/2023 | XX4095 POS PURCHASE TRTHFDR* TRUTHFIN SAN DIEGO CA 17478993 675499 | $30.47 |
| 10/10/2023 | XX5072 POS PURCHASE SHAMROCKS SPORTS MERRICK NY 19697610 591067 | $32.56 |
| 10/10/2023 | XX5072 POS PURCHASE UNCELE.COM 855-662-5410 TX 89894122 792127 | $49.95 |
| 10/10/2023 | XX5072 POS PURCHASE Speedway 2426 J North Bellmor NY 90770401 441585 | $51.82 |
| 10/10/2023 | XX4095 POS PURCHASE BIZBUYSELL 888-777-9893 CA 98509266 420304 | $215.95 |
| 10/10/2023 | XX4095 POS PURCHASE BOWEN MEDIA, INC MINEOLA NY 18195134 362639 | $575.00 |
| 10/10/2023 | XX4095 POS PURCHASE CONSTRUCTURE MELVILLE NY 07390925 183677 | $1,085.49 |
| 10/10/2023 | Wire Transfer 564992 ALINEA TRANSPORTATION INC. | $10,000.00 |
| 10/11/2023 | Wire Transfer Fee 565553 | $30.00 |
| 10/11/2023 | Wire Transfer Fee 565555 | $30.00 |
| 10/11/2023 | Wire Transfer Fee 565561 | $30.00 |
| 10/11/2023 | Wire Transfer Fee 565564 | $30.00 |
| 10/11/2023 | XX5072 POS PURCHASE DEMARCOS RESTAUR KUTZTOWN PA 31000218 760328 | $141.32 |
| 10/11/2023 | XX4095 CHECKING PYMNT PSEGLongIsland Uniondale NY V100618 328444635069 | $360.03 |
| 10/11/2023 | Wire Transfer 565553 DEFREITAS & MINSKY | $5,000.00 |
| 10/11/2023 | Wire Transfer 565555 MILOS MITIC | $5,000.00 |
| 10/11/2023 | Wire Transfer 565564 VICTORIA LOGISTICS, INC | $5,000.00 |
| 10/11/2023 | Wire Transfer 565561 PTK DEVELOPEMENT, INC | $5,400.00 |
| 10/12/2023 | XX4095 POS PURCHASE DNH* GODADDY.COM TEMPE AZ 99672345 142954 | $44.34 |
| 10/13/2023 | XX4095 POS PURCHASE CHATAI.COM SAN JUAN PR 00041442 702912 | $7.00 |
| 10/13/2023 | XX5072 POS PURCHASE HIGHWAY GAS INC. MASSAPEQUA PA NY 12881401 977536 | $80.52 |
| 10/13/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 08584733 944856 | $500.00 |
| 10/13/2023 | XX5072 POS PURCHASE SYNCB PHONE PAYM ALPHARETTA GA 58832054 760727 | $500.00 |
| 10/13/2023 | XX5072 POS PURCHASE IN DACS BUSINES UNIONDALE NY 001 328610631094 | $700.00 |
| 10/17/2023 | Wire Transfer Fee 567025 | $30.00 |
| 10/17/2023 | CHECKING WITHDRAWAL | $3,800.00 |
| 10/17/2023 | Wire Transfer 567025 GORBACH TRUCKING | $3,500.00 |
| 10/18/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 329113958353 | $56.95 |
| 10/18/2023 | XX5072 POS PURCHASE TST* The Shelby Allentown PA 27015308 372705 | $528.84 |
| 10/19/2023 | XX5072 POS PURCHASE PILOT 280 BLOOMSBURY NJ 00946926 595917 | $71.61 |
| 10/19/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 21003679 631750 | $500.00 |
| 10/19/2023 | XX5072 POS PURCHASE TST* The Shelby Allentown PA 31789876 629952 | $838.42 |
| 10/20/2023 | XX5072 POS PURCHASE UBER TRIP 8005928996 CA 23937516 066260 | $32.85 |
| 10/20/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 24987088 669754 | $55.00 |
| 10/20/2023 | XX5072 POS PURCHASE HAWTHORN SUITES FOGELSVILLE PA 13660337 232044 | $91.30 |
| 10/20/2023 | XX4095 CHECKING PYMNT METRO BY T MOBIL BELLEVUE WA 004 329306273811 | $117.00 |
| 10/20/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 24988664 795619 | $288.78 |
| 10/23/2023 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL Shell Ronkonkoma Ronkonkoma NY NH124604 | $2.50 |
| 10/23/2023 | Wire Transfer Fee 568453 | $30.00 |
| 10/23/2023 | XX5072 POS PURCHASE UBER TRIP 8005928996 CA 01253709 676195 | $25.09 |
| 10/23/2023 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 502664 | $73.42 |

# Business Advantage Checking-XXXXXX7720 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/23/2023 | XX5072 POS PURCHASE TERMINAL A PARKI FLUSHING NY 65270666 423092 | $75.00 |
| 10/23/2023 | XX5072 ATM WITHDRAWAL Shell Ronkonkoma Ronkonkoma NY NH124604 3295000094 | $200.00 |
| 10/23/2023 | Wire Transfer 568453 GEORGIAN TRANPORTATION | $15,000.00 |
| 10/23/2023 | ATM SERVICE CHG ATM WITHDRAWAL Shell Ronkonkoma Ronkonkoma NY NH124604 329500009 | $2.50 |
| 10/24/2023 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 19814868 506308 | $23.05 |
| 10/24/2023 | XX5072 POS PURCHASE COSTCO WHSE #02 MELVILLE NY 99023713 844903 | $623.56 |
| 10/24/2023 | XX5072 POS PURCHASE ROCCA CAFE - LOU BROOKLYN NY 09191554 776540 | $668.06 |
| 10/25/2023 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 99553001 216583 | $27.15 |
| 10/25/2023 | XX5072 POS PURCHASE DEMARCOS RESTAUR KUTZTOWN PA 36000324 105417 | $195.77 |
| 10/26/2023 | XX5072 POS PURCHASE EXXON PMGNJII 81 PISCATAWAY NJ 03327475 534267 | $76.28 |
| 10/26/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 60920236 834092 | $500.00 |
| 10/26/2023 | Charge Back Item Check 101 | $6,000.00 |
| 10/26/2023 | Return Deposited Item Fee | $10.00 |
| 10/27/2023 | ATM SURCHARGE FEE XX4095 CHECKING PYMNT NationalGrid_04C Syracuse NY V100485 33 | $1.75 |
| 10/27/2023 | Wire Transfer Fee 569719 | $30.00 |
| 10/27/2023 | XX5072 POS PURCHASE NEW PEKING GOURM BELLMORE NY 63205784 792876 | $21.45 |
| 10/27/2023 | XX5072 POS PURCHASE HAWTHORN SUITES FOGELSVILLE PA 14362431 628405 | $91.30 |
| 10/27/2023 | XX4095 CHECKING PYMNT NationalGrid_04C Syracuse NY V100485 330044827171 | $111.86 |
| 10/27/2023 | XX4095 POS PURCHASE BAM* EASY ON NET VICTORIA BC 33008974 647936 | $134.76 |
| 10/27/2023 | Wire Transfer 569719 RCM VENDING SERVICES INC | $3,000.00 |
| 10/30/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330212706256 | $9.95 |
| 10/30/2023 | XX4095 POS PURCHASE DNH* GODADDY.COM TEMPE AZ 21037453 817443 | $11.99 |
| 10/30/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330314662589 | $13.95 |
| 10/30/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330212612106 | $14.84 |
| 10/30/2023 | XX5072 POS PURCHASE TST* Liams Landi Amityville NY 62918094 362256 | $58.87 |
| 10/30/2023 | XX5072 POS PURCHASE FRONTIER DENVER CO 30398733 590761 | $117.98 |
| 10/30/2023 | XX5072 POS PURCHASE TOOMEYS TAVERN AMITYVILLE NY 10100287 916536 | $162.87 |
| 10/30/2023 | XX5072 POS PURCHASE FRONTIER DENVER CO 30399103 270841 | $207.98 |
| 10/30/2023 | XX5072 POS PURCHASE SCOTTYS FISHING POINT LOOKOUT NY 61758419 199595 | $518.30 |
| 10/31/2023 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL BANCO DO BRASIL ORLANDO FL N114T007 005 | $5.00 |
| 10/31/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 33477745 759530 | $8.00 |
| 10/31/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330323804748 | $11.09 |
| 10/31/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330415687147 | $28.10 |
| 10/31/2023 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 330415569238 | $32.04 |
| 10/31/2023 | XX5072 POS PURCHASE Wal-Mart Super C ORLANDO FL 43650004 330346002484 | $121.43 |
| 10/31/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 33477992 785441 | $157.89 |
| 10/31/2023 | XX5072 POS PURCHASE WM SUPERCENTER # ORLANDO FL 43650083 743914 | $176.73 |
| 10/31/2023 | XX5072 POS PURCHASE AMERICAN NEW YORK NY 32880204 520622 | $198.90 |
| 10/31/2023 | XX5072 ATM WITHDRAWAL BANCO DO BRASIL ORLANDO FL N114T007 005157 | $500.00 |
| 10/31/2023 | ATM SERVICE CHG ATM WITHDRAWAL BANCO DO BRASIL ORLANDO FL N114T007 005157 | $2.50 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 5 | 10/12/2023 | $500.00 | 2683 | 10/17/2023 | $850.00 |
| 2666* | 10/12/2023 | $9,000.00 | 2684 | 10/23/2023 | $850.00 |
| 2667 | 10/05/2023 | $850.00 | 2685 | 10/24/2023 | $2,700.00 |
| 2668 | 10/10/2023 | $2,400.00 | 2686 | 10/31/2023 | $1,850.00 |
| 2669 | 10/16/2023 | $1,000.00 | 2687 | 10/30/2023 | $2,000.00 |
| 2680* | 10/11/2023 | $2,500.00 | 2688 | 10/31/2023 | $250.00 |
| 2682* | 10/16/2023 | $6,000.00 | 2689 | 10/30/2023 | $500.00 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/02/2023 | $48,972.95 | 10/03/2023 | $99,157.95 | 10/04/2023 | $157,142.95 |



**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

## Business Advantage Checking-XXXXXX7720 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/05/2023 | $151,927.72 | 10/16/2023 | $82,467.94 | 10/24/2023 | $55,209.90 |
| 10/06/2023 | $140,519.90 | 10/17/2023 | $73,345.94 | 10/25/2023 | $54,986.98 |
| 10/10/2023 | $125,526.95 | 10/18/2023 | $72,760.15 | 10/26/2023 | $48,400.70 |
| 10/11/2023 | $102,005.60 | 10/19/2023 | $71,350.12 | 10/27/2023 | $51,009.58 |
| 10/12/2023 | $92,461.26 | 10/20/2023 | $70,765.19 | 10/30/2023 | $47,301.13 |
| 10/13/2023 | $89,467.94 | 10/23/2023 | $60,306.68 | 10/31/2023 | $43,959.45 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.77 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

This page left intentionally blank