# EXHIBIT 5



**898 Veterans Memorial Highway Suite 560 Hauppauge, NY 11788**

MR ROUTE INC
1847 NEWBRIDGE RD
NORTH BELLMORE NY 11710-2218

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Bellmore |
| 📱 | Branch Number | 800-321-DIME (3463) |
| ✉ | Mailing Address | 898 Veterans Memorial Hwy, Suite 560 Hauppauge, NY 11788 |
| 💻 | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | $42,039.85 |

# Business Advantage Checking-XXXXXX7720

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | **Beginning Balance** | **$43,959.45** |
| | 2 Credit(s) This Period | $668,003.65 |
| | 116 Debit(s) This Period | $669,923.25 |
| 11/30/2023 | **Ending Balance** | **$42,039.85** |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | XX5072 PURCHASE RETURN RBT HAWTHORN SUI EasySavings NY 02595704 265264 | $3.65 |
| 11/08/2023 | Wire Transfer 70550425 WILLIAM C MCCULLOH PC IOLA TRUST | $668,000.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | NYS DOL UI Tax Paymnt 000000105071505 | $112.26 |
| 11/02/2023 | NYS DOL UI Tax Paymnt 000000105146527 | $137.46 |
| 11/02/2023 | Mission Lane Vis Mission La ST-R3G9W8U5M8Q8 | $200.00 |
| 11/02/2023 | NYS DTF WT Tax Paymnt 000000105156771 | $1,260.00 |
| 11/08/2023 | NYS DTF CT Tax Paymnt 000000105311180 | $1,825.00 |
| 11/09/2023 | BANK OF AMERICA Payment mmzxsr9nu | $1,100.58 |
| 11/10/2023 | IRS USATAXPYMT 270371472523019 | $2,530.00 |
| 11/14/2023 | Mission Lane Vis Mission La ST-I5A3A3F2C6S9 | $675.20 |
| 11/15/2023 | CHASE CREDIT CRD EPAY 7099527059 | $260.71 |
| 11/17/2023 | DELUXE BUS SYS. BUS PRODS 15326042 | $187.21 |
| 11/22/2023 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |
| 11/28/2023 | THE HARTFORD NWTBCLSCIC 12617536 | $91.72 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Wire Transfer Fee 571183 | $30.00 |
| 11/01/2023 | XX5072 POS PURCHASE SQ * CITY TAXI Arlington Hei IL 11302929 041887 | $40.00 |
| 11/01/2023 | XX5072 POS PURCHASE AS1 ON THE BORDE ORLANDO FL 37714800 627476 | $88.85 |
| 11/01/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 44504890 510354 | $99.00 |
| 11/01/2023 | XX5072 POS PURCHASE TST* ONE LOUNGE ORLANDO FL 14604596 323406 | $680.98 |
| 11/01/2023 | Wire Transfer 571183 AMERICAN STAR REALTY | $32,145.27 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | XX5072 POS PURCHASE UBER TRIP 8005928996 CA 55714798 060761 | $3.76 |
| 11/02/2023 | XX5072 POS PURCHASE REGGIO'S H/K ORD CHICAGO IL 55627211 334293 | $27.92 |
| 11/02/2023 | XX5072 POS PURCHASE GROVE ORD ROCKY CHICAGO IL 73556118 762482 | $34.71 |
| 11/02/2023 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00341423 510021 | $54.95 |
| 11/02/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 54361941 102365 | $258.89 |
| 11/02/2023 | XX5072 POS PURCHASE UNITED 800-932-2732 TX 73704094 175369 | $372.90 |
| 11/02/2023 | XX4095 POS PURCHASE BOWEN MEDIA, INC MINEOLA NY 25543154 467994 | $575.00 |
| 11/02/2023 | XX5072 POS PURCHASE SPIRIT AI MIRAMAR FL 54364952 784329 | $791.78 |
| 11/03/2023 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL CUMBER LAND -U56 316 SMITHTOWN NY CU560 | $3.25 |
| 11/03/2023 | XX5072 POS PURCHASE UBER TRIP 8005928996 CA 32686289 557103 | $31.91 |
| 11/03/2023 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 930562 | $72.79 |
| 11/03/2023 | XX5072 ATM WITHDRAWAL CUMBER LAND -U56 316 SMITHTOWN NY CU560664 003127 | $100.00 |
| 11/03/2023 | XX5072 POS PURCHASE HOLIDAY INN CHIC CHICAGO IL 11595958 586868 | $134.95 |
| 11/03/2023 | XX5072 POS PURCHASE HOLIDAY INN CHIC CHICAGO IL 11567726 456845 | $134.95 |
| 11/03/2023 | XX4095 POS PURCHASE CONSTRUCTURE MELVILLE NY 36854393 742798 | $197.97 |
| 11/03/2023 | XX4095 POS PURCHASE BIZBUYSELL 888-777-9893 CA 20402811 658102 | $215.95 |
| 11/03/2023 | XX5072 POS PURCHASE TERMINAL A PARKI FLUSHING NY 70889192 457065 | $225.00 |
| 11/03/2023 | CHECKING WITHDRAWAL | $2,750.00 |
| 11/03/2023 | Wire Transfer 571874 GORBACH TRUCKING | $1,000.00 |
| 11/03/2023 | ATM SERVICE CHG ATM WITHDRAWAL CUMBER LAND -U56 316 SMITHTOWN NY CU560664 003127 | $2.50 |
| 11/06/2023 | XX5072 POS PURCHASE TST* The Shelby Allentown PA 23854185 748095 | $339.44 |
| 11/08/2023 | Wire Transfer Fee 70550425 | $15.00 |
| 11/08/2023 | Wire Transfer Fee 572920 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572930 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572933 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572940 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572941 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572946 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572949 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572951 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572953 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572956 | $30.00 |
| 11/08/2023 | Wire Transfer Fee 572959 | $30.00 |
| 11/08/2023 | XX4095 POS PURCHASE TRTHFDR* TRUTHFIN SAN DIEGO CA 85301653 432344 | $30.47 |
| 11/08/2023 | Wire Transfer 572930 VICTORIA LOGISTICS | $5,000.00 |
| 11/08/2023 | Wire Transfer 572920 PTK | $5,400.00 |
| 11/08/2023 | Wire Transfer 572940 GEORGIAN TRANSPORTATION | $18,000.00 |
| 11/08/2023 | Wire Transfer 572933 LEVITTON AND COMPANY INC | $20,000.00 |
| 11/08/2023 | Wire Transfer 572949 HURRICANE LOGISTICS | $20,000.00 |
| 11/08/2023 | Wire Transfer 572953 JJMB LOGISTICS LLC | $20,000.00 |
| 11/08/2023 | Wire Transfer 572946 CHULLEUI LEE | $27,000.00 |
| 11/08/2023 | Wire Transfer 572956 SHERZOD KHAMIDOR | $50,000.00 |
| 11/08/2023 | Wire Transfer 572959 K4 LOGISTICS INC | $50,000.00 |
| 11/08/2023 | Wire Transfer 572941 DOMINIC DeSimone | $100,000.00 |
| 11/08/2023 | Wire Transfer 572951 JONATHAN JACCOBS | $200,000.00 |
| 11/09/2023 | XX5072 POS PURCHASE TST* VILLAGE IDI LAKE GROVE NY 79666838 622871 | $116.45 |
| 11/10/2023 | XX5072 POS PURCHASE NETFLIX.COM LOS GATOS CA 23806223 982348 | $10.85 |
| 11/10/2023 | XX4095 POS PURCHASE ADOBE INC. 4085366000 CA 92697671 108962 | $21.71 |
| 11/10/2023 | XX5072 POS PURCHASE UNCELE.COM 855-662-5410 TX 60693996 976332 | $49.95 |
| 11/10/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 36299793 873022 | $500.00 |
| 11/13/2023 | ATM SURCHARGE FEE XX4095 CHECKING PYMNT PSEGLongIsland Uniondale NY I100618 331 | $9.95 |
| 11/13/2023 | XX5072 POS PURCHASE CVS/PHARM 02154- BELLMORE NY 30215414 634986 | $23.49 |
| 11/13/2023 | XX5072 POS PURCHASE TARGET 00 COPIAGUE NY 07257870 738397 | $45.92 |
| 11/13/2023 | XX4095 CHECKING PYMNT PSEGLongIsland Uniondale NY I100618 331745084268 | $594.00 |

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/14/2023 | XX5072 POS PURCHASE Speedway 2426 J North Bellmor NY 90770401 024704 | $78.05 |
| 11/14/2023 | XX4095 POS PURCHASE OPTIMUM 7801 V 631-393-0636 NY 89186567 423804 | $137.45 |
| 11/14/2023 | XX5072 POS PURCHASE THE HOME DEPOT # FARMINGDALE NY 06151557 331788001 | $305.21 |
| 11/14/2023 | XX5072 POS PURCHASE SUFFOLK COUNTY R 489-8891755 MD 26427452 785848 | $310.50 |
| 11/14/2023 | XX4095 POS PURCHASE OPTIMUM 7858 631-393-0636 NY 89212645 004665 | $602.24 |
| 11/14/2023 | XX5072 POS PURCHASE FORTIVA ATLANTA GA 68500098 255063 | $725.92 |
| 11/14/2023 | CHECKING WITHDRAWAL | $5,000.00 |
| 11/15/2023 | XX5072 POS PURCHASE COSTELLO S ACE 6 FARMINGDALE NY 12965951 188862 | $36.23 |
| 11/15/2023 | XX5072 POS PURCHASE E-Z* PASSNY PAYME 800-333-8655 NY 52044817 114078 | $350.00 |
| 11/15/2023 | XX5072 POS PURCHASE ALLSTATE * PAY 800-255-7828 IL 06549697 131357 | $406.76 |
| 11/15/2023 | XX5072 POS PURCHASE WF* WAYFAIR39830 BOSTON MA 19647412 358503 | $462.13 |
| 11/15/2023 | XX5072 POS PURCHASE SYNCB PHONE PAYM ALPHARETTA GA 14916384 663050 | $1,680.00 |
| 11/16/2023 | XX5072 POS PURCHASE ALLSTATE * PAY 800-255-7828 IL 59602820 682096 | $792.44 |
| 11/17/2023 | Wire Transfer Fee 575378 | $30.00 |
| 11/17/2023 | XX5072 POS PURCHASE E-Z* PASSNY TOLLB 800-333-8655 NY 47504157 736506 | $2,939.14 |
| 11/17/2023 | Wire Transfer 575378 LAW OFFICE OF RICHARD J DAVOLIO, PC | $50,000.00 |
| 11/20/2023 | XX5072 POS PURCHASE AMAZON.COM* B66OA SEATTLE WA 00000101 4R4Q960IN2PF | $53.22 |
| 11/20/2023 | XX4095 CHECKING PYMNT METRO BY T MOBIL BELLEVUE WA 004 332415252263 | $114.74 |
| 11/20/2023 | XX5072 POS PURCHASE GOLDBELLY NEW YORK NY 02532442 032402 | $469.90 |
| 11/20/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 18845855 441210 | $500.00 |
| 11/24/2023 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 32958555 490035 | $23.05 |
| 11/27/2023 | XX5072 POS PURCHASE UBER * TRIP San Francisco CA 74862889 112601227226 | $4.78 |
| 11/27/2023 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 07576827 855352 | $27.15 |
| 11/27/2023 | XX5072 POS PURCHASE UBER * TRIP San Francisco CA 74862889 112712415578 | $37.94 |
| 11/27/2023 | XX4095 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 33566546 613527 | $500.00 |
| 11/28/2023 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 898989 | $61.01 |
| 11/28/2023 | XX4095 POS PURCHASE STAPLES 00 FREEPORT NY 09866410 610077 | $299.17 |
| 11/28/2023 | XX5072 POS PURCHASE IN DACS BUSINES UNIONDALE NY 001 333212595737 | $2,235.65 |
| 11/29/2023 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL WELLS FARGO BANK ALLENTOWN PA 0194N 981 | $3.00 |
| 11/29/2023 | XX5072 ATM WITHDRAWAL WELLS FARGO BANK ALLENTOWN PA 0194N 981926 | $500.00 |
| 11/29/2023 | ATM SERVICE CHG ATM WITHDRAWAL WELLS FARGO BANK ALLENTOWN PA 0194N 981926 | $2.50 |
| 11/30/2023 | XX5072 POS PURCHASE Speedway 2426 J North Bellmor NY 90770401 610031 | $74.74 |
| 11/30/2023 | XX5072 POS PURCHASE DEMARCOS RESTAUR KUTZTOWN PA 30000151 468299 | $169.23 |
| 11/30/2023 | XX5072 POS PURCHASE MICRO ELE 655 Me Westbury NY 6061 151881 | $814.69 |
| 11/30/2023 | CHECKING WITHDRAWAL | $1,000.00 |
| 11/30/2023 | CHECKING WITHDRAWAL | $7,500.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 6 | 11/14/2023 | $500.00 | 2693 | 11/14/2023 | $4,350.00 |
| 2690* | 11/02/2023 | $1,800.00 | 2694 | 11/20/2023 | $850.00 |
| 2691 | 11/14/2023 | $3,300.00 | 2695 | 11/22/2023 | $5,000.00 |
| 2692 | 11/16/2023 | $6,000.00 | 2710* | 11/28/2023 | $2,850.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | $10,766.74 | 11/13/2023 | $145,437.29 | 11/24/2023 | $58,211.43 |
| 11/02/2023 | $5,249.37 | 11/14/2023 | $129,452.72 | 11/27/2023 | $57,641.56 |
| 11/03/2023 | $380.10 | 11/15/2023 | $126,256.89 | 11/28/2023 | $52,104.01 |
| 11/06/2023 | $40.66 | 11/16/2023 | $119,464.45 | 11/29/2023 | $51,598.51 |
| 11/08/2023 | $150,440.19 | 11/17/2023 | $66,308.10 | 11/30/2023 | $42,039.85 |
| 11/09/2023 | $149,223.16 | 11/20/2023 | $64,320.24 | | |
| 11/10/2023 | $146,110.65 | 11/22/2023 | $58,234.48 | | |



## Business Advantage Checking-XXXXXX7720 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.77 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

This page left intentionally blank