# EXHIBIT 6



**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

## *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Branch Name | Bellmore |
| 📱 | Branch Number | 800-321-DIME (3463) |
| ✉ | Mailing Address | 898 Veterans Memorial  Hwy, Suite 560 Hauppauge, NY 11788 |
| 💻 | Website | www.dime.com |

MR ROUTE INC
1847 NEWBRIDGE RD
NORTH BELLMORE NY 11710-2218

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | $11,661.05 |

# Business Advantage Checking-XXXXXX7720

## Account Summary

| Date | Description | Amount |
|---|---|---|
| **12/30/2023** | **Beginning Balance** | **$44,093.33** |
| | 5 Credit(s) This Period | $11,796.39 |
| | 91 Debit(s) This Period | $44,228.67 |
| **01/31/2024** | **Ending Balance** | **$11,661.05** |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 01/25/2024 | DEPOSIT | $11,783.20 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/04/2024 | XX5072 PURCHASE RETURN RBT HAWTHORN SUI EasySavings NY 00662391 021653 | $3.90 |
| 01/05/2024 | XX5072 PURCHASE RETURN RBT RED LOBSTER EasySavings NY 00126560 902477 | $4.55 |
| 01/10/2024 | XX5072 PURCHASE RETURN RBT JERSEY MIKES EasySavings NY 00710236 754941 | $0.84 |
| 01/10/2024 | XX5072 PURCHASE RETURN RBT HAWTHORN SUI EasySavings NY 00710277 340209 | $3.90 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/2024 | Mission Lane LLC EDI PYMNTS kYLib99IqbKVyjK | $200.00 |
| 01/16/2024 | BANK OF AMERICA Payment rhpmqaasy | $1,500.00 |
| 01/23/2024 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |
| 01/24/2024 | IRS USATAXPYMT 270442442961883 | $84.00 |
| 01/26/2024 | IRS USATAXPYMT 270442671941817 | $4,048.00 |
| 01/29/2024 | NYS DOL UI Tax Paymnt 000000107855849 | $56.36 |
| 01/29/2024 | THE HARTFORD INS PMT CL 12617536 | $91.72 |
| 01/30/2024 | NYS DTF BILL PYT Tax Paymnt 000000107874750 | $74.17 |
| 01/30/2024 | NYS DTF WT Tax Paymnt 000000107915401 | $1,170.00 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/2024 | XX5072 POS PURCHASE TOWN BAGEL WANTA WANTAGH NY 13801026 252406 | $26.19 |
| 01/02/2024 | XX5072 POS PURCHASE MERRITT BAKERY FARMINGDALE NY 40582417 146273 | $29.50 |



**800.321.DIME (3463)** • **dime.com** • **Member FDIC**



Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/2024 | XX5072 POS PURCHASE COSTELLO 1102 R FARMINGDALE NY 06969101 602783 | $37.99 |
| 01/02/2024 | XX5072 POS PURCHASE THE HOME DEPOT # LEVITTOWN NY 01660280 33648700005 | $58.48 |
| 01/02/2024 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 472650 | $60.00 |
| 01/02/2024 | XX0031 POS PURCHASE ALLIANZ TRAVEL I 8004960329 VA 67782107 533118 | $70.89 |
| 01/02/2024 | XX5072 POS PURCHASE HAWTHORN SUITES FOGELSVILLE PA 10877622 365620 | $97.50 |
| 01/02/2024 | XX5072 POS PURCHASE RED LOBSTER 6311 RONKONKOMA NY 86203014 141354 | $113.79 |
| 01/02/2024 | XX5072 POS PURCHASE COSTELLO 1102 R FARMINGDALE NY 06969101 647812 | $124.86 |
| 01/03/2024 | XX5072 POS PURCHASE CHICK-FIL-A #049 LEVITTOWN NY 14175812 431122 | $6.51 |
| 01/03/2024 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 763268 | $49.15 |
| 01/03/2024 | XX5072 POS PURCHASE LA VILLETTA FARMINGDALE NY 85600031 222986 | $64.00 |
| 01/03/2024 | XX0031 POS PURCHASE BIZBUYSELL 888-777-9893 CA 13737956 125459 | $215.95 |
| 01/03/2024 | XX0031 POS PURCHASE JETBLUE 8005382583 NY 16089215 179719 | $244.19 |
| 01/03/2024 | XX0031 POS PURCHASE JETBLUE 8005382583 NY 16085932 289995 | $244.19 |
| 01/03/2024 | XX0031 POS PURCHASE JETBLUE 8005382583 NY 16085742 907252 | $244.19 |
| 01/04/2024 | XX5072 POS PURCHASE DUNKIN #357340 KUTZTOWN PA 01292108 329082 | $6.03 |
| 01/04/2024 | XX5072 POS PURCHASE NEW SMITHVILLE D KUTZTOWN PA 05673367 400444661618 | $17.91 |
| 01/04/2024 | XX5072 POS PURCHASE WINE AND SPIRITS FOGELSVILLE PA 01486718 400496000 | $137.24 |
| 01/04/2024 | XX0031 POS PURCHASE CONSTRUCTURE MELVILLE NY 63212881 695926 | $197.97 |
| 01/05/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL ISPA/PIMDS BETHLEHEM PA HG20670 004877 | $2.50 |
| 01/05/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL RITE AID # 1-A07 NAZARETH PA RA070897 0 | $3.50 |
| 01/05/2024 | XX5072 CHECKING PYMNT NETFLIX COM LOS GATOS CA 001 400506572917 | $13.02 |
| 01/05/2024 | XX5072 POS PURCHASE TOP STAR #107 RT BETHLEHEM PA 13639701 565311 | $40.00 |
| 01/05/2024 | XX5072 POS PURCHASE RITE AID 01983 NAZARETH PA 54741801 934852 | $57.76 |
| 01/05/2024 | XX5072 ATM WITHDRAWAL RITE AID # 1-A07 NAZARETH PA RA070897 000175 | $100.00 |
| 01/05/2024 | XX5072 POS PURCHASE MEDITERRANEAN CA FOGELSVILLE PA 12000189 529091 | $145.51 |
| 01/05/2024 | XX5072 ATM WITHDRAWAL ISPA/PIMDS BETHLEHEM PA HG20670 004877 | $200.00 |
| 01/05/2024 | ATM SERVICE CHG ATM WITHDRAWAL ISPA/PIMDS BETHLEHEM PA HG20670 004877 | $2.50 |
| 01/05/2024 | ATM SERVICE CHG ATM WITHDRAWAL RITE AID # 1-A07 NAZARETH PA RA070897 000175 | $2.50 |
| 01/08/2024 | XX5072 POS PURCHASE JERSEY MIKES ONL MANASQUAN NJ 76823841 818132 | $20.94 |
| 01/08/2024 | XX0031 POS PURCHASE ADOBE * ACROPRO 4085366000 CA 57044618 942891 | $21.71 |
| 01/08/2024 | XX5072 POS PURCHASE FARMINGDALE VALE FARMINGDALE NY 63469502 342527 | $62.25 |
| 01/08/2024 | XX5072 POS PURCHASE Liquor and Wine Lake Ronkonko NY 13614026 161954 | $72.77 |
| 01/08/2024 | XX5072 POS PURCHASE HAWTHORN SUITES FOGELSVILLE PA 11478720 922234 | $97.50 |
| 01/09/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL BRANCH BANKING A ALLENTOWN PA AR69 0030 | $3.00 |
| 01/09/2024 | XX5072 POS PURCHASE UNCELE.COM 855-662-5410 TX 59459673 683084 | $49.95 |
| 01/09/2024 | XX5072 ATM WITHDRAWAL BRANCH BANKING A ALLENTOWN PA AR69 003052 | $500.00 |
| 01/09/2024 | ATM SERVICE CHG ATM WITHDRAWAL BRANCH BANKING A ALLENTOWN PA AR69 003052 | $2.50 |
| 01/10/2024 | XX0031 POS PURCHASE 7-ELEVEN NORTH BELLMOR NY 00M74Q01 938625 | $15.86 |
| 01/10/2024 | XX5072 POS PURCHASE 7-ELEVEN Farmingdale NY 00MTUT01 801706 | $68.02 |
| 01/10/2024 | XX5072 POS PURCHASE IAVARONE BROTHER WANTAGH NY 68697335 631299 | $89.54 |
| 01/11/2024 | XX5072 POS PURCHASE SQ * JARED LAUNDR FARMINGDALE NY 62032435 537191 | $29.40 |
| 01/12/2024 | XX5072 POS PURCHASE NEW SMITHVILLE D KUTZTOWN PA 05673367 401179980297 | $22.51 |
| 01/16/2024 | XX5072 POS PURCHASE MERRITT BAKERY FARMINGDALE NY 07951335 53525759437 | $6.75 |
| 01/16/2024 | XX5072 POS PURCHASE CVS/PHARMACY #01 FARMINGDALE NY 30107317 178284 | $25.58 |
| 01/16/2024 | XX5072 POS PURCHASE FARMINGDALE VALE FARMINGDALE NY 63469502 119606 | $53.40 |
| 01/16/2024 | XX5072 POS PURCHASE COSTCO WHSE #02 MELVILLE NY 99023713 196481 | $727.27 |
| 01/16/2024 | XX0031 POS PURCHASE COD OIL MELVILLE NY 06300673 467409 | $893.65 |
| 01/19/2024 | XX5072 POS PURCHASE THE CLEAN MACHIN NORTH BELLMOR NY 00270755 922364 | $55.39 |
| 01/19/2024 | XX5072 POS PURCHASE ALLSTATE * PAY 800-255-7828 IL 09259427 157132 | $223.72 |
| 01/22/2024 | XX5072 POS PURCHASE WASHVILLE CARWAS FARMINGALE NY 00300656 006034 | $21.00 |
| 01/22/2024 | XX5072 POS PURCHASE BERKS COUNTY BAR 610-3754591 PA 14791043 444873 | $50.00 |
| 01/22/2024 | XX0031 CHECKING PYMNT METRO BY T MOBIL BELLEVUE WA 004 401918351213 | $116.00 |
| 01/22/2024 | XX5072 POS PURCHASE Stitch Th Stitch NORTH BELLMOR NY 0000JZ2T 043755 | $229.79 |

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 01/22/2024 | CHECKING WITHDRAWAL | $9,500.00 |
| 01/23/2024 | XX0031 ATM WITHDRAWAL Dime Bank BELLMORE NY NY002675 000367 | $300.00 |
| 01/24/2024 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 74862810 306425 | $23.05 |
| 01/24/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 91232578 511352 | $193.10 |
| 01/24/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 91240050 161482 | $193.10 |
| 01/25/2024 | XX0031 POS PURCHASE 7-ELEVEN FLUSHING NY 00N3OP01 349320 | $7.65 |
| 01/25/2024 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 57264078 809671 | $27.15 |
| 01/25/2024 | XX0031 POS PURCHASE JETBLUE 8005382583 NY 98237850 095002 | $193.10 |
| 01/26/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 09858611 639394 | $18.00 |
| 01/26/2024 | XX5072 POS PURCHASE JFK LONG TERM LO JAMAICA NY 41322996 210374 | $87.50 |
| 01/26/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 09858025 911123 | $198.10 |
| 01/29/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 14319921 237751 | $18.00 |
| 01/29/2024 | XX0031 POS PURCHASE BAM* EASY ON NET LINDSAY ON 34010472 941917 | $134.76 |
| 01/29/2024 | XX5072 POS PURCHASE JETBLUE 8005382583 NY 14319087 396353 | $198.10 |
| 01/29/2024 | XX0031 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 02483089 896653 | $500.00 |
| 01/29/2024 | XX5072 POS PURCHASE BLACKSTONE STEAK MELVILLE NY 00002633 017318 | $757.40 |
| 01/30/2024 | XX0031 POS PURCHASE 7-ELEVEN NORTH BELLMOR NY 00N2EK01 550629 | $4.99 |
| 01/30/2024 | CHECKING WITHDRAWAL | $2,500.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 8 | 01/12/2024 | $500.00 | 2720 | 01/30/2024 | $514.00 |
| 2698* | 01/26/2024 | $8,715.00 | 2750* | 01/04/2024 | $1,800.00 |
| 2717* | 01/29/2024 | $293.28 | 2790* | 01/08/2024 | $900.00 |
| 2718 | 01/29/2024 | $293.29 | 2830* | 01/16/2024 | $1,800.00 |
| 2719 | 01/26/2024 | $176.77 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/02/2024 | $43,274.13 | 01/10/2024 | $37,588.66 | 01/23/2024 | $20,448.44 |
| 01/03/2024 | $42,205.95 | 01/11/2024 | $37,559.26 | 01/24/2024 | $19,955.19 |
| 01/04/2024 | $40,050.70 | 01/12/2024 | $37,036.75 | 01/25/2024 | $31,510.49 |
| 01/05/2024 | $39,487.96 | 01/16/2024 | $32,030.10 | 01/26/2024 | $18,267.12 |
| 01/08/2024 | $38,312.79 | 01/19/2024 | $31,750.99 | 01/29/2024 | $15,924.21 |
| 01/09/2024 | $37,757.34 | 01/22/2024 | $21,834.20 | 01/30/2024 | $11,661.05 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $70.77 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |