# EXHIBIT 7



**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

MR ROUTE INC
1847 NEWBRIDGE RD
NORTH BELLMORE NY 11710-2218

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Bellmore |
| 📱 | Branch Number | 800-321-DIME (3463) |
| ✉ | Mailing Address | 898 Veterans Memorial Hwy, Suite 560 Hauppauge, NY 11788 |
| 💻 | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | $11,770.87 |

# Business Advantage Checking-XXXXXX7720

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | **Beginning Balance** | **$1,677.40** |
| | 10 Credit(s) This Period | $235,597.36 |
| | 55 Debit(s) This Period | $225,503.89 |
| 03/29/2024 | **Ending Balance** | **$11,770.87** |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 03/08/2024 | DEPOSIT | $1,000.00 |
| 03/15/2024 | DEPOSIT | $1,500.00 |
| 03/19/2024 | DEPOSIT | $2,500.00 |
| 03/22/2024 | DEPOSIT | $12,990.00 |
| 03/26/2024 | DEPOSIT | $2,500.00 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/18/2024 | XX5072 PURCHASE RETURN RBT QUALITY INNS EasySavings NY 00904770 314286 | $0.20 |
| 03/18/2024 | XX5072 PURCHASE RETURN RBT QUALITY INNS EasySavings NY 00904788 040430 | $3.16 |
| 03/18/2024 | XX5072 PURCHASE RETURN RBT QUALITY INNS EasySavings NY 00904796 256218 | $4.00 |
| 03/19/2024 | XX5072 PURCHASE RETURN QUALITY INNS ORLANDO FL 34922621 278439 | $100.00 |
| 03/20/2024 | Wire Transfer 74040462 CONSOLIDATED LOGISTICS INC. | $215,000.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/04/2024 | Mission Lane LLC EDI PYMNTS Pb7Mrfa1HrBDz5Z | $200.00 |
| 03/22/2024 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |
| 03/28/2024 | THE HARTFORD INS PMT CL 12617536 | $91.72 |
| 03/29/2024 | BANK OF AMERICA Payment 1k1n918ea | $700.00 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/04/2024 | XX0031 POS PURCHASE CONSTRUCTURE MELVILLE NY 41534891 991570 | $197.97 |
| 03/04/2024 | XX0031 POS PURCHASE BIZBUYSELL 888-777-9893 CA 37052375 782024 | $261.95 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR
### ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT
### PLANS OTHER THAN HOME EQUITY PLANS
### What To Do If You Think You Find A
### Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 03/29/2024**

MR ROUTE INC                                          Page 3 of 4
**Account Number: XXXXXX7720**

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 03/05/2024 | XX5072 POS PURCHASE GOOGLE * Pandora Mountain View CA 64925886 03040700 | $5.99 |
| 03/05/2024 | XX5072 CHECKING PYMNT NETFLIX COM LOS GATOS CA 001 406507992443 | $13.02 |
| 03/05/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA FARMINGDALE NY 55632801 940052 | $106.28 |
| 03/06/2024 | XX5072 POS PURCHASE PREMIER DINER COMMACK NY 17623172 304485 | $59.04 |
| 03/06/2024 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 386417 | $64.18 |
| 03/08/2024 | XX0031 POS PURCHASE ADOBE INC. 4085366000 CA 64998858 919269 | $21.71 |
| 03/11/2024 | XX5072 POS PURCHASE ENTF.FANS 448081689423 GB 64007433 290675 | $49.95 |
| 03/11/2024 | XX0031 POS PURCHASE E-Z* PASSNY PAYME 800-333-8655 NY 51519820 939674 | $250.00 |
| 03/12/2024 | XX5072 POS PURCHASE WAWA 5105 ORLANDO FL 01486605 791897 | $4.00 |
| 03/12/2024 | XX5072 POS PURCHASE DENNY'S #0653 ORLANDO FL 17065303 144169 | $29.72 |
| 03/13/2024 | XX5072 POS PURCHASE QUALITY INNS ORLANDO FL 24193213 094459 | $4.95 |
| 03/13/2024 | XX5072 POS PURCHASE WAWA 5105 ORLANDO FL 01486605 993131 | $18.10 |
| 03/13/2024 | XX5072 POS PURCHASE QUALITY INNS ORLANDO FL 24193189 264095 | $79.09 |
| 03/13/2024 | XX5072 POS PURCHASE QUALITY INNS ORLANDO FL 24193221 173289 | $100.00 |
| 03/14/2024 | CHK# 10 AMT $500.00, NSF Paid Fee | $35.00 |
| 03/19/2024 | XX5072 POS PURCHASE WASHVILLE CARWAS FARMINGALE NY 13458923 297843 | $33.66 |
| 03/19/2024 | XX0031 POS PURCHASE ADOBE INC. 4085366000 CA 78833517 114368 | $106.04 |
| 03/19/2024 | XX0031 CHECKING PYMNT METRO BY T MOBIL BELLEVUE WA 004 407915429172 | $116.00 |
| 03/20/2024 | Wire Transfer Fee 74040462 | $15.00 |
| 03/20/2024 | XX5072 POS PURCHASE ALLSTATE * PAY 800-255-7828 IL 14925056 873816 | $228.71 |
| 03/21/2024 | Wire Transfer Fee 608888 | $30.00 |
| 03/21/2024 | Wire Transfer 608888 SAAAS, LLC | $215,000.00 |
| 03/22/2024 | XX5072 POS PURCHASE RBT QUALITY INNS EasySavings NY 01216746 216137 | $4.00 |
| 03/22/2024 | XX5072 POS PURCHASE UBER * TRIP San Francisco CA 74862889 032107300711 | $17.66 |
| 03/25/2024 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 09468747 668177 | $23.05 |
| 03/25/2024 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 07134442 315730 | $27.15 |
| 03/25/2024 | XX5072 POS PURCHASE GOOGLE * Zoosk Mountain View CA 64925886 0323043139 | $70.60 |
| 03/26/2024 | XX5072 POS PURCHASE UBER * TRIP San Francisco CA 74862889 032605237850 | $3.00 |
| 03/26/2024 | XX5072 POS PURCHASE SQ * ATL TODAY D1 ATLANTA GA 77827301 408615364723 | $33.65 |
| 03/26/2024 | XX5072 POS PURCHASE UBER * TRIP San Francisco CA 74862889 032604053992 | $67.39 |
| 03/27/2024 | XX5072 POS PURCHASE JFK LONG TERM LO JAMAICA NY 78654920 524773 | $35.00 |
| 03/27/2024 | XX5072 POS PURCHASE COA CHEAPOAIR CO NEW YORK NY 001 408618586117 | $397.80 |
| 03/27/2024 | XX0031 POS PURCHASE GOOGLE * ADS73943 cc@google.com CA 35344747 028691 | $500.00 |
| 03/28/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00243472 590770 | $54.95 |
| 03/28/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00243506 242714 | $54.95 |
| 03/28/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00243522 161976 | $54.95 |
| 03/28/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00243480 519099 | $54.95 |
| 03/28/2024 | XX5072 POS PURCHASE SIXT RENT A CAR ORLANDO FL 92460439 181743 | $169.67 |
| 03/28/2024 | XX0031 POS PURCHASE OPTIMUM 7858 631-393-0636 NY 43492580 162872 | $631.18 |
| 03/29/2024 | XX5072 POS PURCHASE AMERICAN SEATTLE WA 83843702 114263 | $18.02 |
| 03/29/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA RONKONKOMA NY 55632701 142867 | $26.15 |
| 03/29/2024 | XX5072 POS PURCHASE IAVARONEB 1166 W WANTAGH NY 72759799 108815 | $49.31 |
| 03/29/2024 | XX0031 POS PURCHASE BAM* NERIVON.COM LINDSAY ON 09110251 309379 | $134.76 |
| 03/29/2024 | XX5072 POS PURCHASE AMERICAN SEATTLE WA 83843694 898462 | $287.10 |
| 03/29/2024 | XX5072 POS PURCHASE ROSEN HOTELS CEN ORLANDO FL 00066782 607666 | $405.89 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|
| 10 | 03/13/2024 | $500.00 | 2752 | 03/08/2024 | $950.00 |
| 2751* | 03/18/2024 | $224.87 | 2753 | 03/20/2024 | $1,800.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 03/04/2024 | $1,017.48 | 03/06/2024 | $768.97 | 03/11/2024 | $497.31 |
| 03/05/2024 | $892.19 | 03/08/2024 | $797.26 | 03/12/2024 | $463.59 |

## Business Advantage Checking-XXXXXX7720 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|-------|------|-------|------|-------|
| 03/13/2024 | -$238.55 | 03/20/2024 | $216,309.53 | 03/27/2024 | $14,504.47 |
| 03/14/2024 | -$273.55 | 03/21/2024 | $1,279.53 | 03/28/2024 | $13,392.10 |
| 03/15/2024 | $1,226.45 | 03/22/2024 | $13,162.11 | 03/29/2024 | $11,770.87 |
| 03/18/2024 | $1,008.94 | 03/25/2024 | $13,041.31 | | |
| 03/19/2024 | $3,353.24 | 03/26/2024 | $15,437.27 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|-------|-------|
| **Total Overdraft Fees** | $35.00 | $70.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |