# EXHIBIT 8



**DIME**  
898 Veterans Memorial Highway  
Suite 560  
Hauppauge, NY 11788

MR ROUTE INC  
1847 NEWBRIDGE RD  
NORTH BELLMORE NY 11710-2218

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Bellmore |
| 📱 | Branch Number | 800-321-DIME (3463) |
| ✉ | Mailing Address | 898 Veterans Memorial Hwy, Suite 560 Hauppauge, NY 11788 |
| 💻 | Website | www.dime.com |

## Summary of Accounts

**NOTICE:** Effective 7/1/2024, the monthly cycle service charge for Business Advantage accounts with less than 250 items, which is waived if the average available balance that cycle exceeds $10,000, will increase from $12.00 to $15.00.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Advantage Checking | XXXXXX7720 | $9,530.57 |

# Business Advantage Checking-XXXXXX7720

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2024** | **Beginning Balance** | **$9,357.84** |
| | 4 Credit(s) This Period | $27,360.00 |
| | 82 Debit(s) This Period | $27,187.27 |
| **05/31/2024** | **Ending Balance** | **$9,530.57** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/15/2024 | DEPOSIT | $4,000.00 |
| 05/28/2024 | DEPOSIT | $3,360.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/21/2024 | Wire Transfer 75816501 CHULEUI LEE | $10,000.00 |
| 05/29/2024 | Wire Transfer 76025106 JEREMY L FELDMAN | $10,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/01/2024 | NYS DTF BILL PYT Tax Paymnt 000000113556151 | $66.45 |
| 05/01/2024 | NYS DOL UI Tax Paymnt 000000113578293 | $136.51 |
| 05/01/2024 | NYS DTF WT Tax Paymnt 000000113592711 | $260.00 |
| 05/02/2024 | Mission Lane LLC EDI PYMNTS WRT7OJqp1G8wNQg | $200.00 |
| 05/22/2024 | ALLY ALLY PAYMT 228124425736 | $1,085.76 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/01/2024 | XX0031 POS PURCHASE BOWEN MEDIA, INC MINEOLA NY 05709345 124197 | $175.00 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 05/01/2024 | XX0031 POS PURCHASE BOWEN MEDIA, INC MINEOLA NY 05731844 083941 | $400.00 |
| 05/02/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL RONKONKOMA B-603 RONKONKOMA NY P603717 | $2.75 |
| 05/02/2024 | XX5072 POS PURCHASE BP#6636105RONKON RONKONKOMA NY 02968338 116099 | $50.02 |
| 05/02/2024 | XX5072 ATM WITHDRAWAL RONKONKOMA B-603 RONKONKOMA NY P603717 000228 | $100.00 |
| 05/02/2024 | ATM SERVICE CHG ATM WITHDRAWAL RONKONKOMA B-603 RONKONKOMA NY P603717 000228 | $2.50 |
| 05/03/2024 | XX5072 POS PURCHASE WENDYS 2515 LAKE RONKONKO NY 27576001 514697 | $31.73 |
| 05/03/2024 | XX0031 POS PURCHASE CONSTRUCTURE MELVILLE NY 43568837 421346 | $197.97 |
| 05/03/2024 | XX0031 POS PURCHASE BIZBUYSELL 888-777-9893 CA 58966662 184231 | $261.95 |
| 05/06/2024 | XX5072 POS PURCHASE GOOGLE * Pandora Mountain View CA 64925886 05040842 | $5.99 |
| 05/06/2024 | XX5072 POS PURCHASE WENDYS 2515 LAKE RONKONKO NY 27576001 011245 | $9.98 |
| 05/06/2024 | XX5072 CHECKING PYMNT NETFLIX COM LOS GATOS CA 001 412608508548 | $13.02 |
| 05/06/2024 | XX5072 POS PURCHASE SIXT USA 888-757-7498 FL 77530031 042936 | $36.60 |
| 05/06/2024 | XX5072 POS PURCHASE KUDRICKS AUTO RE HOLBROOK NY 41929887 406773 | $95.72 |
| 05/06/2024 | XX5072 POS PURCHASE KUDRICKS AUTO RE HOLBROOK NY 41929820 422022 | $267.49 |
| 05/07/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL VALERO GAS S-627 FARMINGDALE NY P627821 | $3.00 |
| 05/07/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA FARMINGDALE NY 55632801 841245 | $33.73 |
| 05/07/2024 | XX5072 POS PURCHASE FARMINGDALE VAL FARMINGDALE NY 63469502 484241 | $73.75 |
| 05/07/2024 | XX5072 ATM WITHDRAWAL VALERO GAS S-627 FARMINGDALE NY P627821 002743 | $100.00 |
| 05/07/2024 | ATM SERVICE CHG ATM WITHDRAWAL VALERO GAS S-627 FARMINGDALE NY P627821 002743 | $2.50 |
| 05/08/2024 | XX0031 POS PURCHASE ADOBE * ADOBE 4085366000 CA 66851936 073098 | $21.71 |
| 05/08/2024 | XX5072 POS PURCHASE ENTF.FANS 448081689423 GB 82003867 067259 | $49.95 |
| 05/09/2024 | XX5072 POS PURCHASE GOOGLE * YouTube Mountain View CA 64921885 05090116 | $13.99 |
| 05/09/2024 | XX5072 POS PURCHASE SQ * JARED LAUNDR FARMINGDALE NY 82050552 790069 | $30.00 |
| 05/09/2024 | XX5072 POS PURCHASE THE CLEAN MACHIN NORTH BELLMOR NY 00270751 953895 | $109.68 |
| 05/10/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL 7ELEVEN-FCTI BOHEMIA NY 7E002265 008492 | $3.50 |
| 05/10/2024 | XX5072 POS PURCHASE POPEYES 11199 LINDENHURST NY 00102043 520857 | $32.58 |
| 05/10/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA FARMINGDALE NY 55632801 276492 | $63.68 |
| 05/10/2024 | XX5072 ATM WITHDRAWAL 7ELEVEN-FCTI BOHEMIA NY 7E002265 008492 | $100.00 |
| 05/10/2024 | ATM SERVICE CHG ATM WITHDRAWAL 7ELEVEN-FCTI BOHEMIA NY 7E002265 008492 | $2.50 |
| 05/13/2024 | XX5072 POS PURCHASE LS FADIS WINE AN BOHEMIA NY 02118259 924212 | $77.10 |
| 05/13/2024 | XX5072 POS PURCHASE 7-ELEVEN Wantagh NY 00N27T01 506647 | $85.61 |
| 05/14/2024 | XX5072 POS PURCHASE APPLE.COM/BILL CUPERTINO CA 42731967 022696 | $9.99 |
| 05/14/2024 | XX5072 POS PURCHASE SQ * ELSIE LANE B NORTH BELLMOR NY 77827301 4135171 | $65.79 |
| 05/17/2024 | XX5072 POS PURCHASE PILOT 190 HAMPTON NJ 08769979 416406 | $60.33 |
| 05/17/2024 | XX5072 POS PURCHASE ALLSTATE * PAY 800-255-7828 IL 27471962 704542 | $228.71 |
| 05/20/2024 | XX0031 POS PURCHASE STOP & SHOP 0547 N BELLMORE NY 55149583 122517 | $10.18 |
| 05/20/2024 | XX5072 POS PURCHASE WALGREENS 918 MA SOUTH FARMING NY 04920T23 954570 | $19.52 |
| 05/20/2024 | XX5072 POS PURCHASE WASHVILLE CARWAS FARMINGALE NY 92185889 975124 | $33.66 |
| 05/20/2024 | XX5072 POS PURCHASE WAL-MART #5295 FARMINGDALE NY 52950031 227035 | $45.66 |
| 05/20/2024 | XX5072 POS PURCHASE KINGS 4000 HEMPS FARMINGDALE NY 52561601 046073 | $50.01 |
| 05/20/2024 | XX5072 POS PURCHASE TST* VOODOO CRAB Massapequa NY 47902527 756073 | $196.80 |
| 05/20/2024 | XX5072 POS PURCHASE Tai Show Sushi Massapequa NY 09596030 591552 | $250.19 |
| 05/21/2024 | Wire Transfer Fee 75816501 | $15.00 |
| 05/21/2024 | XX5072 POS PURCHASE SYNCB PHONE PAYM ALPHARETTA GA 60373978 689526 | $300.00 |
| 05/22/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL 631 Sunoco East Stroudsb PA GM027394 41 | $1.99 |
| 05/22/2024 | Wire Transfer Fee 629639 | $30.00 |
| 05/22/2024 | XX0031 POS PURCHASE 7-ELEVEN North Bellmor NY 00N2EK01 656920 | $20.68 |
| 05/22/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00247302 254470 | $54.95 |
| 05/22/2024 | XX4095 POS PURCHASE BUSINESSBROKERNE 8773429786 GA 00247351 123311 | $54.95 |
| 05/22/2024 | XX5072 ATM WITHDRAWAL 631 Sunoco East Stroudsb PA GM027394 414300001937 | $200.00 |
| 05/22/2024 | CHECKING WITHDRAWAL | $2,750.00 |
| 05/22/2024 | Wire Transfer 629639 JEREMY FELDMAN | $10,900.00 |

## Business Advantage Checking-XXXXXX7720 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 05/22/2024 | ATM SERVICE CHG ATM WITHDRAWAL 631 Sunoco East Stroudsb PA GM027394 414300001937 | $2.50 |
| 05/23/2024 | XX0031 POS PURCHASE WENDYS 10846 SEAFORD NY 27766001 004330 | $9.97 |
| 05/28/2024 | XX5072 POS PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 20699451 943103 | $23.05 |
| 05/28/2024 | XX5072 POS PURCHASE EXPERIAN* CREDIT COSTA MESA CA 16006014 970558 | $27.15 |
| 05/28/2024 | XX5072 POS PURCHASE APPLEBEES 9361 BELLMORE NY 64482120 245868 | $36.95 |
| 05/28/2024 | XX5072 POS PURCHASE 7-ELEVEN Wantagh NY 00N27T01 436589 | $67.00 |
| 05/28/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA FARMINGDALE NY 55632801 639831 | $74.43 |
| 05/28/2024 | XX0031 POS PURCHASE BAM* NERIVON.COM LINDSAY ON 33106647 212364 | $134.76 |
| 05/29/2024 | Wire Transfer Fee 76025106 | $15.00 |
| 05/29/2024 | XX5072 POS PURCHASE DUNKIN #345922 Q BELLMORE NY 00839489 550926 | $11.81 |
| 05/29/2024 | XX5072 POS PURCHASE GIUNTA'S MEAT FA FARMINGDALE NY 55632801 050792 | $63.18 |
| 05/30/2024 | ATM SURCHARGE FEE XX5072 ATM WITHDRAWAL 802 WANTAGH NY NY3073 000651 | $3.50 |
| 05/30/2024 | XX5072 POS PURCHASE SHELL SERVICE S WANTAGH NY 81706001 410237 | $45.86 |
| 05/30/2024 | XX0031 POS PURCHASE SBA LOAN PAYMENT DENVER CO 67103904 789518 | $47.80 |
| 05/30/2024 | XX5072 ATM WITHDRAWAL 802 WANTAGH NY NY3073 000651 | $300.00 |
| 05/30/2024 | ATM SERVICE CHG ATM WITHDRAWAL 802 WANTAGH NY NY3073 000651 | $2.50 |
| 05/31/2024 | XX5072 POS PURCHASE BURGER KING #682 BAY SHORE NY 40001302 293597 | $8.68 |
| 05/31/2024 | XX5072 POS PURCHASE SP APS INNOVATES BRIDGEWATER T NJ 18467472 430211 | $1,700.00 |
| 05/31/2024 | SERVICE CHARGE | $12.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 12 | 05/14/2024 | $500.00 | 2725 | 05/20/2024 | $1,000.00 |
| 2723* | 05/06/2024 | $900.00 | 2798* | 05/31/2024 | $1,800.00 |
| 2724 | 05/15/2024 | $900.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2024 | $8,319.88 | 05/10/2024 | $5,503.59 | 05/22/2024 | $554.21 |
| 05/02/2024 | $7,964.61 | 05/13/2024 | $5,340.88 | 05/23/2024 | $544.24 |
| 05/03/2024 | $7,472.96 | 05/14/2024 | $4,765.10 | 05/28/2024 | $3,540.90 |
| 05/06/2024 | $6,144.16 | 05/15/2024 | $7,865.10 | 05/29/2024 | $13,450.91 |
| 05/07/2024 | $5,931.18 | 05/17/2024 | $7,576.06 | 05/30/2024 | $13,051.25 |
| 05/08/2024 | $5,859.52 | 05/20/2024 | $5,970.04 | 05/31/2024 | $9,530.57 |
| 05/09/2024 | $5,705.85 | 05/21/2024 | $15,655.04 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |