# EXHIBIT 9

STATE OF NEW YORK )
                                    )ss:
COUNTY OF SUFFOLK )

I, _Antonia Rodriguez_ OF DIME COMMUNITY BANK, HAUPPAUGE, NEW YORK, do hereby state that I am the custodian of the records of DIME COMMUNITY BANK, and that the annexed memorandum, reports, records and/or data compilations were:

1. made by a person with knowledge of the facts contained therein or were made from information transmitted by a person with knowledge of the facts;

2. made at or near the time of the acts and events recorded therein;

3. made as part of the regular practice of DIME COMMUNITY BANK, HAUPPAUGE, NEW YORK, and

4. kept in the course of a regularly conducted business of

DIME COMMUNITY BANK, HAUPPAUGE, NEW YORK

_____

DIME COMMUNITY BANK
898 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 537-1001

Seal:

Sworn to me this 8th day of

_July_ , 20_24_.

Matthew J. Behrendt
NOTARY PUBLIC, State of New York
No. 01BE6390543
Qualified in Suffolk County
Commission Expires April 15, 2027