# EXHIBIT 10

| | |
|---|---|
| GRIDKOR, LLC and GRIDKOR TRUCKING AND LOGISTICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>IGOR GORBACH, WILLIAM COLLIS, OLEKSANDR MAYDANSKYY, UCHA MATCHARASHVILI, MJILOS MITIC, PAVLO TUPYCHAK, and JONATHAN JACOBS,<br><br>Defendants. | CIVIL ACTION NO. 23-3563 |

**DEFENDANT JONATHAN JACOBS' RESPONSES TO
GRIDKOR LLC'S INTERROGATORIES**

Defendant Jonathan Jacobs, by and through his undersigned counsel, responds to Plaintiff GridKor, LLC's interrogatories directed to Mr. Jacobs on June 15, 2024 and pursuant to this Court's authorization of discovery in the above-captioned matter (Dkt. No. 73).

**INTERROGATORY NO. 1:**

State whether you, your spouse, or any entity in which you or your spouse has or had an ownership interest has received any money or property of any kind from any of your co-defendants since September 18, 2023.

**RESPONSE TO INTERROGATORY NO. 1:**

No. By way of further response, Mr. Jacobs received a wire transfer of $200,000 on November 8, 2023 from Mr. Route, Inc. Upon information and belief, Mr. Route, Inc. is an entity with which Defendant Collins is associated. In addition, on January 5, 2024, Mr. Jacobs received

1

two wire transfers each of $150,000 from Hunter Transportation Services Inc. Upon information and belief, Hunter Transportation Services Inc. is an entity with which Defendant Gorbach is associated. These three payments were owed to Mr. Jacobs for transactions independent from and prior to the transaction outlined in the Verified Complaint. Thus, Mr. Jacobs did not violate the Preliminary Injunction Order because he did not dissipate any assets (Dkt. No. 11).

**INTERROGATORY NO. 2:**

For each receipt of money or property identified in response to Interrogatory 1, describe the nature of the property whether it be cash, wire transfer or other means of delivery.

**RESPONSE TO INTERROGATORY NO. 2:**

Mr. Jacobs refers Plaintiffs to his response to Interrogatory No. 1.

**INTERROGATORY NO. 3:**

State the exact amount and the means of transfer of any amounts identified in response to Interrogatories 1 and 2.

**RESPONSE TO INTERROGATORY NO. 3:**

Mr. Jacobs refers Plaintiffs to his response to Interrogatory No. 1.

Respectfully submitted,

*/s/ James E. DelBello*
James E. DelBello (PA ID 78638)
Adria M. Lamba (PA ID 320523)
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 252-9600
James.DelBello@hlklaw.com

*Attorney for Defendant/Counterclaim Plaintiff
Jonathan Jacobs*

Date: June 21, 2024

## CERTIFICATE OF SERVICE

I, James E. DelBello, hereby certify that on June 21, 2024, a true and correct copy of the foregoing was served upon all counsel of record.

*/s/ James E. DelBello*
James E. DelBello

# **<u>VERIFICATION</u>**

I, Jonathan Jacobs, declare under penalty of perjury that the foregoing ***Responses to GridKor LLC's Interrogatories to Jonathan Jacobs*** are true and correct to the best of my knowledge, information, and belief, based on my review of the documents and information.

Dated:  June 20 2024

_____
Jonathan Jacobs