# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |  |
|---|---|---|---|
| GRIDKOR, LLC, et al., | : | | |
| | : | | |
| Plaintiffs, | : | | |
| | : | CIVIL ACTION | |
| v. | : | | |
| | : | No. 5:23-cv-03563-JLS | |
| IGOR GORBACH, et al., | : | | |
| | : | | |
| Defendants | : | | |

---

### DEFENDANT IGOR GORBACH'S RESPONSES TO GRIDKOR LLC'S FIRST SET OF JURISDICTIONAL REQUESTS FOR ADMISSION

AND NOW, comes Defendant, Igor Gorbach, by and through his attorneys, Smith Bukowski, LLC, and submits these Responses to Gridkor LLC's First Set of Jurisdictional Requests for Admission as follows:

1. You are not a member, owner or officer of a legal entity named "MGM Linehaul Consulting."

   **ANSWER: Admitted.**

2. No company by the name "MGM Linehaul Consulting" is registered with the Pennsylvania Department of State.

   **ANSWER: Admitted.**

3. No company by the name "MGM Linehaul Consulting" exists.

   **ANSWER: Admitted.**

4. You are not a member, owner or officer of a legal entity named "MGM Linehaul Consulting, LLC."

   **ANSWER: Admitted.**

1

5. No company by the name "MGM Linehaul Consulting, LLC" is registered with the Pennsylvania Department of State.

   **ANSWER: Admitted.**

6. No company by the name "MGM Linehaul Consulting, LLC" exists.

   **ANSWER: Admitted.**

7. You are not a member, owner or officer of a legal entity named "MGM Linehaul Consulting, Inc."

   **ANSWER: Admitted.**

8. No company by the name "MGM Linehaul Consulting, Inc." is registered with the Pennsylvania Department of State.

   **ANSWER: Admitted.**

9. No company by the name "MGM Linehaul Consulting, Inc." exists.

   **ANSWER: Admitted.**

10. You are not a member, owner or officer of a legal entity named "MGM Linehaul Inc."

    **ANSWER: Admitted.**

11. No company by the name "MGM Linehaul Inc." is registered with the Pennsylvania Department of State.

    **ANSWER: Admitted.**

12. No company by the name "MGM Linehaul Inc." exists.

    **ANSWER: Admitted.**

Dated: February 28, 2024

By: <u>/s/ Jeffrey D. Bukowski</u>
**SMITH BUKOWSKI, LLC**
Jeffrey D. Bukowski, Esquire
Attorney I.D. No. 76102
JBukowski@SmithBukowski.com
1050 Spring Street, Suite 1
Wyomissing, PA 19610
(610) 685-1600

*Attorney for Defendants Igor Gorbach,
William Collins, Oleksandr Maydanskyy, Ucha
Matcharashvili, Milos Mitic, and Pavlo Tupychak*

## <u>VERIFICATION</u>

I, Igor Gorbach, verify that the factual responses set forth in the foregoing Responses to Gridkor LLC's First Set of Jurisdictional Requests for Admission are true and correct to the best of my knowledge, information, and belief, or based on a review of publicly available documents or records readily available to me. I also understand that false statements herein are made subject to the penalties of 18 P.S. § 4904 relating to unsworn falsification to authorities.

Dated: February 28, 2024

_____
IGOR GORBACH

| | | |
|---|---|---|
| GRIDKOR, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 5:23-cv-03563-JLS |
| IGOR GORBACH, et al., | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the below date he served or caused to be served

the foregoing document on all counsel of record or unrepresented parties in this action by email

to the email addresses below:

| **Counsel for Plaintiffs** | **Counsel for Defendant Jonathan Jacobs** |
|---|---|
| Daniel Marino, Esquire | Adria Lamba, Esquire |
| dmarino@marinofinley.com | adria.lamba@hklaw.com |
| Tillman J. Finley, Esquire | James E. Delbello, Jr., Esquire |
| tfinley@marinofinley.com | james.delbello@hklaw.com |

Dated: February 28, 2024 **SMITH BUKOWSKI, LLC**

By: /s/ Jeffrey D. Bukowski
Jeffrey D. Bukowski, Esquire
Attorney I.D. No. 76102
JBukowski@SmithBukowski.com
1050 Spring Street, Suite 1
Wyomissing, PA 19610
(610) 685-1600

*Attorney for Defendants Igor Gorbach,*
*William Collins, Oleksandr Maydanskyy, Ucha*
*Matcharashvili, Milos Mitic, and Pavlo Tupychak*