

# Deposition of
# **William Collins**

**Date:** July 22, 2024

**Case:** GRIDKOR, LLC, et al. v. IGOR GORBACH, et al.

**No.** 5:23-cv-03563

**Court Reporter:** Allison L. Shearer, RPR

Paszkiewicz Court Reporting
Phone: 618-307-9320
Toll-Free: 855-595-3577
Fax: 618-855-9513
www.spreporting.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRIDKOR, LLC, et al.,      ) Civil Action No.:

      Plaintiffs      ) 5:23-cv-03563

  V.                         )

                            )

IGOR GORBACH, et al.,      )

      Defendants      )

_____

       REMOTE VIDEOTAPED DEPOSITION OF WILLIAM COLLINS, produced, sworn, and examined on behalf of the Plaintiffs, commenced on Monday, July 22, 2024, between the hours of 1:03 p.m. and 2:07 p.m. EST, before Allison L. Shearer, Registered Professional Stenographic Reporter.

APPEARANCES:


On behalf of the Plaintiff:

    Daniel Marino, Esquire

    Emily Smith, Esquire

    Tillman Finley, Esquire

        MARINO FINLEY LLP

        818 Connecticut Avenue, Northwest

        Suite 801

        Washington, DC 20006

        (202) 223-8888

        dmarino@marinofinley.com



On behalf of Defendants William Collins, Olesandr Maydanskyy, Ucha Matcharashvili, Milos Mitic, and Pavlo Tupychak:

    Jeffrey Bukowski, Esquire

        SMITH BUKOWSKI, LLC

        1050 Spring Street, Suite 1

        Wyomissing, PA 19610

        (610) 685-1600

        jbukowski@smithbukowski.com

APPEARANCES (Continued):

ALSO PRESENT:   Mike Lewis, Videographer

Maura Jenkins, Notary Public

mauraajenkins@gmail.com

Olesandr Maydanskyy

Paul Tobin

Page 4

EXAMINATION INDEX

WILLIAM COLLINS
    BY MR. MARINO          6

EXHIBIT INDEX

1     Mr Route Dime Bank Statement,    18
      March 2024

2     Mr Route Dime Bank Statement,    21
      September 2023

3     Mr Route Dime Bank Statement,    36
      October 2023

4     Mr Route Dime Bank Statement,    42
      November 2023

INDEX OF QUESTIONS REFUSED TO ANSWER

Q.  Who?               19

Q.  Who is the person?     20

Q.  When you say an investor, an    27
     investor in what?

Q.  When you say an investor, an    27
     investor in what?

Q.  What kind of expense is it?   38

Q.  Who is that?           43

VIDEOGRAPHER:  We are now on the record. This is the videotaped deposition of William Collins.  Today's date is July 22nd, 2024.  The time is now 1:03 p.m. Eastern.

This is the case of Gridkor, LLC, et al., versus Igor Gorbach, et al.  Case No. 5:2023cv03563.  My name is Mike Lewis.  I am representing Paszkiewicz Court Reporting.  The Court reporter is Allison Shearer also representing Paszkiewicz Court Reporting, and this deposition is taking place over the Zoom platform.

All participants are remote.  Counselors, please state your appearance for the record.

MR. MARINO:  Dan Marino here on behalf of Gridkor.

MR. BUKOWSKI:  This is Jeff Bukowski on behalf of the deponent, William Collins, and all of the other defendants other than Mr. Jacobs.

So that's Olesandr Maydanskyy, Ucha Matcharashvili, Milos Mitic, and Pavlo Tupychak.

VIDEOGRAPHER: All right.  And the notary will swear in the witness.

WILLIAM COLLINS, the Deponent, called for examination by the Plaintiff, being first duly sworn to tell the

truth, the whole truth, and nothing but the truth,
testified as follows:

EXAMINATION

BY MR. MARINO:

Q.   Good afternoon, Mr. Collins.  This is Dan
Marino again.  Can you hear me okay?

**A.   Yes, sir.**

Q.   Okay.  Are you in a room alone, or do you
have --

**A.   I am.**

Q.   Okay.  And I assume you're not
communicating with people on your phone while we're
taking your testimony.

Would that be correct?

**A.   Yes.**

Q.   Okay.  I mean --

**A.   Am I not allowed to?**

Q.   You're certainly not allowed to, no.
You're not allowed to communicate with people about
your testimony.

MR. BUKOWSKI:  The only thing we might
do, Dan, and I'll tell you if and when that occurs,
is if the witness needs to take a break to confer
with me, he and I may.

MR. MARINO:  Correct.  That's fine.

Q. Right. I'm just asking if that's the only reason you didn't pay them?

A. Yes.

MR. BUKOWSKI: Objection. That's some of the substantive claims in this case that are being litigated.

BY MR. MARINO:

Q. Did you -- did you ever tell my clients that the notes weren't legitimate for some reason?

A. No.

Q. Did you ever believe they weren't legitimate?

A. No.

Q. Signed them voluntarily?

MR. BUKOWSKI: Objection.

THE WITNESS: Signed involuntarily, yes.

MR. BUKOWSKI: Signed --

THE WITNESS: That note was signed under duress.

BY MR. MARINO:

Q. Oh, it was under duress?

A. Absolutely.

Q. What kind of duress?

A. The duress that stated that your clients told us that they weren't getting up from a room

**and leaving until we all signed the piece of paper saying that we owned -- owed X amount of dollars.**

Q.   Well, did they threaten you physically?

**A.   I told them -- I told them that we needed a lawyer and I felt very uncomfortable signing that, and they said we're not leaving until you sign -- until every single one of you signs this.**

**That's duress as far as I'm concerned.**

Q.   And you wanted them to leave, right?

**A.   Yes.**

MR. BUKOWSKI:  Why don't you state your question.  It was just unclear.

BY MR. MARINO:

Q.   Yeah.  You wanted them to leave.  So you say you signed the notes because you wanted them to leave, right?

(Brief pause.)

Q.   Yes?

**A.   Yes.**

Q.   And when you refer to my clients, who are you referring to specifically?

**A.   Brian and the Tobin brothers.**

Q.   Did they have a gun?

**A.   No.**

Q.   Did they threaten you with a gun?

A.    No.

Q.    Did they make any other kind of threat to you?

A.    **I didn't perceive that to be the only kind of threat that means you're under duress.**

Q.    Well, I'm just asking you if they threatened you in some way?

A.    **Not physically.**

Q.    Did they threaten you with telling your wife you had an affair or something?

A.    **No.**

Q.    Well, in what way did they threaten you if not physically?

A.    **With not leaving.**

Q.    And you wanted them to leave?

A.    **I said yes to that.**

MR. MARINO:  Can we put up November -- the November statement, Emily, if it's not already.

MS. SMITH:  Give me just a moment.  Okay. Dan, it's up.

(Whereupon, Exhibit No. 4 was marked for identification.)

BY MR. MARINO:

Q.    Okay.  If you look at the first page, credits, there's a credit on November 8, 2023, a