IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRIDKOR, LLC, et al.** | : | CIVIL ACTION |
| | : | |
| **v.** | : | NO. 23-3563 |
| | : | |
| **IGOR GORBACH, et al.** | : | |

## O R D E R

**AND NOW,** this 26th day of September, 2024, it is **ORDERED** that the Defendants' motion for reconsideration of the September 18, 2023 Preliminary Injunction Order [Doc. 34] is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**