IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRIDKOR, LLC, *et al.*,
      Plaintiffs,

v.        Civil No. 5:23-cv-03563-JLS

WILLIAM COLLINS, *et al.*,
      Defendants.

## O R D E R

**AND NOW,** this 7th day of August, 2025, it is hereby **ORDERED** that:

1. The motion of Plaintiffs Gridkor, LLC and GridKor Trucking and Logistics, LLC, for summary judgment [Doc. 128] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to Plaintiffs' claim for unjust enrichment contained in Count One of their Complaint.

3. Judgment on Count One is **ENTERED** in favor of Plaintiffs Gridkor, LLC and GridKor Trucking and Logistics LLC, and against Defendant Jonathan Jacobs in the amount of $837,500.

4. The Plaintiffs' motion for summary judgment is also **GRANTED** as to Defendant Jonathan Jacobs' two Counterclaims (fraud and promissory estoppel) asserted against Plaintiffs GridKor, LLC, KorDev LLC, Michael Bryant, Paul Tobin, and Matthew Tobin and. (Doc. 51 at 29-44).

5. Judgment is **ENTERED** in favor of Counterclaim Defendants GridKor, LLC, KorDev LLC, Michael Bryant, Paul Tobin, and Matthew Tobin and against Counterclaim Plaintiff Jonathan Jacobs on each of the Counterclaims asserted by Mr. Jacobs (fraud and promissory estoppel) (Doc. 51 at 29-44).

6. The motion is **DENIED** as to Counts Two (Civil Conspiracy), Nine (Fraud) and Fifteen (Pennsylvania Securities Act) of the Complaint.

7. The motion of Defendant Jonathan Jacobs for summary judgment [Doc. 127] is **GRANTED** in part and **DENIED** in part.

8. The motion is **GRANTED** as to Count Two (Civil Conspiracy) of the Complaint.

9. Judgment is **ENTERED** in favor of Defendant Jonathan Jacobs and against Plaintiffs on Count II of the Complaint.
10. The Defendant Jonathan Jacobs' motion for summary judgment is **DENIED** as to all other Counts.
11. Judgment on Count Two of the Complaint (Civil Conspiracy) is **ENTERED** in favor of Defendant Jonathan Jacobs and against Plaintiffs Gridkor, LLC and GridKor Trucking and Logistics LLC.

             **BY THE COURT**:

             */s/ Jeffrey L. Schmehl*
             **JEFFREY L. SCHMEHL, J.**