**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| GRIDKOR, LLC, *et al.*,       : | |
|         Plaintiffs,      : | |
|                   : | |
|      v.             : | Civil No. 5:23-cv-03563-JLS |
|                   : | |
| WILLIAM COLLINS, *et al.*,     : | |
|         Defendants.     : | |

---

**O R D E R**

**AND NOW,** this 20th day of January, 2026, upon consideration of Plaintiffs' Notice and Motion to Voluntarily Dismiss Certain Claims and any response thereto, it is hereby **ORDERED** that said Motion [Doc. 168] is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that the following claims, as against the following defendants, are **DISMISSED** without prejudice:

1. Count I (unjust enrichment) as against Defendants Collins, Maydanskyy, and Mitic;

2. Count II (civil conspiracy) as against Defendants Collins, Maydanskyy, and Mitic;

3. Count IV (fraud) against Defendant Collins;

4. Count VI (fraud) against Defendant Maydanskyy;

5. Count VII (fraud) against Defendant Mitic;

6. Count XV (Pennsylvania Securities Act) as against Defendants Collins, Maydanskyy, and Mitic; and

7. Count XVI (alter ego liability for breach of contract) as against Defendants Collins, Maydanskyy, and Mitic.

The foregoing shall not affect the judgments previously entered by the Court (Docs. 118 & 140) or any other claims against any other Defendant beyond those expressly set forth above.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**