GRIDKOR, LLC, *et al.*,  :
                    Plaintiffs,  :
           :

        v.  :        Civil No. 5:23-cv-03563-JLS

           :

WILLIAM COLLINS, *et al.*,  :
                  Defendants.  :

## FINAL PARTIAL JUDGMENT

**AND NOW,** this 20th day of January, 2026, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure and for the reasons set forth in the Court's Order (Doc. 118) of January 7, 2025 granting Plaintiffs' Motion for Partial Summary Judgment (Doc. 90) and the Court's Memorandum (Doc. 139) and Order (Doc. 140) of August 8, 2025 entering judgment in favor of the Plaintiffs and against Defendant Jonathan Jacobs on Plaintiff's claim for unjust enrichment (Count One) , **IT IS HEREBY ORDERED AND ADJUDGED that:**

1. The Plaintiffs' motion to amend/correct judgments and enter final partial judgment pursuant to Rule 54(b) [Doc. 169] is **GRANTED**.

2. Judgment on Count I of the Verified Complaint (Unjust Enrichment) is **ENTERED** in favor of Plaintiffs GridKor, LLC and GridKor Trucking and Logistics LLC, and against Defendant Jonathan Jacobs in the amount of $837,500;

3. Judgment on Count XI of the Verified Complaint is **ENTERED** in favor of Plaintiffs and against Defendant William Collins in the amount of $6,229,765.81 plus any additional penalties and interest that accrue in the interim between the filing of Plaintiffs' Motion and the entry of judgment and post-judgment interest thereafter;

4. Judgment on Count XII of the Verified Complaint is **ENTERED** in favor of Plaintiffs and against Defendant Oleksandr Maydanskyy in the amount of $6,229,765.81 plus any additional penalties and interest that accrue in the interim between the filing of Plaintiffs' Motion and the entry of judgment and post-judgment interest thereafter;

5. Judgment on Count XIII of the Verified Complaint is **ENTERED** in favor of Plaintiffs and against Defendant Milos Mitic in the amount of $6,229,765.81 plus any additional penalties and interest that accrue in the interim between the filing of Plaintiffs' Motion and the entry of judgment and post-judgment interest thereafter;

6. Judgment is **ENTERED** in favor of Counterclaim Defendants GridKor, LLC, KorDev LLC, Michael Bryant, Paul Tobin, and Matthew Tobin and against Counterclaim Plaintiff Jonathan Jacobs on each of the Counterclaims asserted by Mr. Jacobs (fraud and promissory estoppel) (Doc. 51 at 29-44); and

7. The Court further finds that (a) there is little, if any, relationship between the claims on which judgment has already been entered as set forth above and those claims which remain to be adjudicated (i.e., the claims for fraud and Pennsylvania securities fraud against Defendant Jacobs), (b) it is unlikely that any future developments before this Court will moot the need for review of any of the previously-entered judgments, (c) it is unlikely the Court of Appeals for the Third Circuit would be obliged to consider the same issue a second time in reviewing the ultimate determination of the unadjudicated claims, (d) there are no pending counterclaims that could result in a set-off against the previously-entered judgments, and (e) various additional factors such as delay, economic and solvency considerations, and concerns regarding the adherence of certain Defendants to the prohibitions of the Preliminary Injunction Order (Doc. 11) entered in this case weigh in

favor of allowing Plaintiffs to seek to enforce the already-entered judgments in this case. Therefore, the Court hereby determines, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that **there is no just reason for delaying the entry of final judgments on the claims and counterclaims described above given that many of the events that give rise to this action occurred more than three years ago.**

**BY THE COURT**:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**