**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRIDKOR, LLC, *et al.*, | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil No. 5:23-cv-03563-JLS |
| | : |
| WILLIAM COLLINS, *et al.*, | : |
| Defendants. | : |

### O R D E R

**AND NOW,** this 5th day of February, 2026, upon finding by clear and convincing evidence that the Defendant Jonathan Jacobs is in contempt of the Court's September 18, 2023 Preliminary Injunction Order, the Court **ORDERS** that:

1. Defendant Jonathan Jacobs shall remit to Plaintiffs the $500,000 he received from Defendants Collins and Gorbach, plus interest;

2. Defendant Jonathan Jacobs and his related or affiliated entities shall provide the Court and Plaintiffs with an accounting of all payments of any kind received by him from any of Defendants or their related or affiliated entities from September 18, 2023 to the present;

3. Defendant Jonathan Jacobs shall update the foregoing accounting on a monthly basis going forward and

4. Plaintiffs may petition the Court for reasonable attorneys' fees in connection with their efforts to enforce the Court's September 18, 2023 Preliminary Injunction Order.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J**